1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8  AMARIN PHARMA, INC. and AMARIN
9  PHARMACEUTICALS IRELAND
   LIMITED,
10             Plaintiff(s),
11     vs.
   DR. REDDY'S LABORATORIES, INC.
12 and DR. REDDY'S LABORATORIES,
   LTD.,
13
14             Defendant(s).

Case # 2:16-cv-2525-MMD-NJK (Base file)

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

15
16             Megan P. Keane             , Petitioner, respectfully represents to the Court:
                  (name of petitioner)
17
18     1.     That Petitioner is an attorney at law and a member of the law firm of

19             COVINGTON & BURLING LLP
                         (firm name)
20  with offices at             One CityCenter, 850 Tenth Street, NW            ,
                                        (street address)
21             Washington            ,        District of Columbia        ,    20001    ,
                  (city)                              (state)                  (zip code)
22
23             (202) 662-6000          ,         mkeane@cov.com          .
            (area code + telephone number)              (Email address)
24
25     2.     That Petitioner has been retained personally or as a member of the law firm by
   Amarin Pharma, Inc. & Amarin Pharmaceuticals Ireland Limited
26             ──────────────────────────────────── to provide legal representation in connection with
                         [client(s)]
27  the above-entitled case now pending before this Court.

28
                                                                          Rev. 5/16

3.   That since _____November 5, 2010_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of ___District of Columbia___
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.   That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| US District Court for the District of Columbia | August 6, 2012 | 997782 |
| Federal Circuit | April 21, 2016 | N/A |
| Pennsylvania | October 20, 2009 | 307164 |
| | | |
| | | |
| | | |
| | | |

5.   That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

None

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    _____
                                                            Petitioner's signature
     STATE OF *District of Columbia*

5    _____ )

     COUNTY OF _____ )

6

7    _____*Megan P. Keane*_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                    _____
                                                            Petitioner's signature

10   Subscribed and sworn to before me this

11   *16*  day of *November*  , *2016* .

12

13   _____
           Notary Public or Clerk of Court
14                  MARY A. PASTERNACK
              NOTARY PUBLIC DISTRICT OF COLU...
15            My Commission Expires March 14

16             **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                 **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
         Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
     believes it to be in the best interests of the client(s) to designate ____*Nicholas J. Santoro*____,
19                                                                            (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
     above-entitled Court as associate resident counsel in this action.  The address and email address of
21
     said designated Nevada counsel is:
22

23   _____*10100 W. Charleston Blvd., Suite 250*_____,
                                 (street address)
24
     _____*Las Vegas*_____, _____*Nevada*_____, ____*89135*____
25                 (city)                       (state)              (zip code)

26   ____*(702) 948-8771*____, ____*nsantoro@santoronevada.com*____.
           (area code + telephone number)            (Email address)
27

28                                        4                                Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Nicholas J. Santoro _____ as
                                                (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

John Thero, President and CEO, Amarin Pharma Inc.
(type or print party name, title)

_____
(party's signature)

John Thero, Director, Amarin Pharmaceuticals Ireland Limited
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

0532                          nsantoro@santoronevada.com
Bar number                    Email address

APPROVED:

Dated: this _10th_ day of _January_ , 20 _17_ .

_____
UNITED STATES DISTRICT JUDGE

5                                                          Rev. 5/16



**District of Columbia Court of Appeals**
Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C.   20001
202 / 879-2710

I, *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MEGAN P. KEANE

was on **NOVEMBER 5, 2010** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **November 10, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Megan Patricia Keane, Esq.

#### DATE OF ADMISSION

#### October 20, 2009

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

**Witness my hand and official seal**
**Dated:  December 1, 2016**

Patricia A. Johnson
Chief Clerk