1
2
3
4
5
6               **UNITED STATES DISTRICT COURT**
                     **DISTRICT OF NEVADA**
7

8  AMARIN PHARMA, INC. and AMARIN             )    Case # 2:16-cv-2525-MMD-NJK
9  PHARMACEUTICALS IRELAND                    )
   LIMITED,                                   )
10          Plaintiff(s),                     )    **VERIFIED PETITION FOR**
                                              )    **PERMISSION TO PRACTICE**
                                              )    **IN THIS CASE ONLY BY**
11      vs.                                   )    **ATTORNEY NOT ADMITTED**
12 DR. REDDY'S LABORATORIES, INC.             )    **TO THE BAR OF THIS COURT**
   and DR. REDDY'S LABORATORIES,              )    **AND DESIGNATION OF**
                                              )    **LOCAL COUNSEL**
13 LTD.,                                      )
          Defendant(s).                       )
14 _____            )    FILING FEE IS $250.00

15

16        Michael N. Kennedy        , Petitioner, respectfully represents to the Court:
          (name of petitioner)

17
       1.    That Petitioner is an attorney at law and a member of the law firm of
18
                          COVINGTON & BURLING LLP
19                                 (firm name)

20  with offices at         One CityCenter, 850 Tenth Street, NW               ,
                                      (street address)
21
            Washington            ,    District of Columbia    ,    20001      ,
22             (city)                         (state)              (zip code)

23         (202) 662-6000            ,      mkennedy@cov.com         .
       (area code + telephone number)          (Email address)
24
       2.    That Petitioner has been retained personally or as a member of the law firm by
25 Amarin Pharma, Inc. & Amarin Pharmaceuticals Ireland Limited
   _____ to provide legal representation in connection with
26              [client(s)]

27 the above-entitled case now pending before this Court.

28                                                                              Rev. 5/16

3. That since May 1, 2009 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of District of Columbia (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| New York | 2/22/2006 | 4394862 |
| U.S. Court of Appeals for the Federal Circuit | 10/20/2010 | n/a |
| U.S. Court of Appeals for the 11th Circuit | 3/20/2013 | n/a |
| U.S.D.C. for the Southern District of New York | 2/18/2008 | MK-4646 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

Federal Circuit Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF __District of Columbia__ )
)
COUNTY OF _____ )

____Michael N. Kennedy____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_17th_ day of _November_, _2016_.

_____Jerilyn A. Spach_____
Notary Public or Clerk of Court

JERILYN A. SPACH
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2018

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Nicholas J. Santoro____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____10100 W. Charleston Blvd., Suite 250_____,
(street address)

___Las Vegas___, ___Nevada___, ___89135___,
(city) (state) (zip code)

___(702) 948-8771___, ___nsantoro@santoronevada.com___.
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Nicholas J. Santoro_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

John Thero, President and CEO, Amarin Pharma Inc.
(type or print party name, title)

_____
(party's signature)

John Thero, Director, Amarin Pharmaceuticals Ireland Limited
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

0532                nsantoro@santoronevada.com
Bar number           Email address

APPROVED:

Dated: this __10th__ day of __January__, 20 __17__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



### District of Columbia Court of Appeals
#### Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## MICHAEL N. KENNEDY

was on       MAY 1, 2009      duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **November 10, 2016**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## MICHAEL NEWTON KENNEDY

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **February 22, 2006**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

December 8, 2016

Clerk of the Court

5931