# EXHIBIT 27

The New Shorter Oxford English Dictionary on Historical Principles (4th ed. 1993)

# THE NEW SHORTER OXFORD ENGLISH DICTIONARY

## ON HISTORICAL PRINCIPLES

EDITED BY

LESLEY BROWN

VOLUME 1

A–M

CLARENDON PRESS · OXFORD

1993

Oxford University Press, Walton Street, Oxford OX2 6DP
Oxford New York Toronto
Delhi Bombay Calcutta Madras Karachi
Kuala Lumpur Singapore Hong Kong Tokyo
Nairobi Dar es Salaam Cape Town
Melbourne Auckland Madrid
and associated companies in
Berlin Ibadan

Oxford is a trade mark of Oxford University Press

Published in the United States by
Oxford University Press Inc., New York

© Oxford University Press 1973, 1993

First Edition 1933
Second Edition 1936
Third Edition 1944
Reprinted with Etymologies and Addenda 1973
This Edition 1993



All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
without the prior permission in writing of Oxford University Press.
Within the UK, exceptions are allowed in respect of any fair dealing for the
purpose of research or private study, or criticism or review, as permitted
under the Copyright, Designs and Patents Act, 1988, or in the case of
reprographic reproduction in accordance with the terms of the licences
issued by the Copyright Licensing Agency. Enquiries concerning
reproduction outside these terms and in other countries should be
sent to the Rights Department, Oxford University Press,
at the address above

British Library Cataloguing in Publication Data
Data available

Library of Congress Cataloging in Publication Data
Data available

ISBN 0-19-861134-X Plain Edition
ISBN 0-19-861271-0 Thumb Index Edition

1 3 5 7 9 10 8 6 4 2

Text processed by Oxford University Press
Typeset in Monotype Plantin by
Barbers Ltd., Wrotham, Kent

Printed in the United States of America
on acid-free paper

Case 2:16-cv-02525-MMD-NJK   Document 89-36   Filed 11/01/17   Page 4 of 4

to suppress secondary tumour formation. L20. B *n.* 1 A help; a helper. E17. 2 *Med.* Something given to augment the effect of a drug or other agent; now *esp.* a substance which enhances the body's immune response to an antigen. M19.

**Adlerian** /ad'lıərıən/ *a.* & *n.* M20. [f. *Adler* (see below) + -IAN.] Pertaining to, a disciple of, the Austrian psychologist Alfred Adler (1870–1937) or his school of analytic psychology, which was based on such concepts as the inferiority complex and the desire for power.

**ad lib** /ad 'lɪb/ *adv.*, *a.*, *v.*, & *n.* Also (esp. as attrib. adj. & vb) **ad-lib.** E19. [Abbrev. of next.] A *adv.* At one's pleasure; to any desired extent. E19. B *adj.* Extemporized; spontaneous. E20. C *v.t.* & *i.* Infl. ~**bb**~. Speak extempore, improvise. E20. D *n.* An ad-lib remark, an extemporized speech; something improvised. M20.

**ad libitum** /ad 'lɪbɪtəm/ *adv.* & *a. phr.* E17. [L = according to pleasure.] = AD LIB *adv., phr., a.*

**ad litem** /ad 'laɪtɛm/ *adv.* & *a. phr.* M18. [L.] *Law.* Of a guardian, etc.: appointed to act, in a lawsuit, on behalf of a child or other incapable person.

†**adlocution** *n.* var. of ALLOCUTION.

**admeasure** /əd'mɛʒə/ *v.t.* ME. [OFr. *amesurer* f. med.L *admensurare:* see AD-, MEASURE *v.*] †1 Keep in measure; limit, control. ME–E17. †2 Apply a measure to; measure out. L15–L19. 3 Apportion; assign in due shares. M17.

**admeasurement** /əd'mɛʒəm(ə)nt/ *n.* Now rare. E16. [OFr. *amesurement*, f. as prec.: see -MENT.] 1 Ascertainment and apportionment of just shares. E16. 2 The process of applying a measure in order to ascertain dimensions. E17. 3 Size, dimensions. L18.

**admensuration** /admɛnsjʊ'reɪʃ(ə)n/ *n.* Now rare. L17. [Late L *admensuratio(n-)*, f. *admensurare*, f. *ad* AD- + *mensura* a measure: see -ATION.] = prec.

**admin.** /'admɪn/ *n. colloq.* M20. [Abbrev.] Administration.

**adminicle** /əd'mɪnɪk(ə)l/ *n.* M16. [L *adminiculum* prop, support, f. *ad* AD- + dim. *-culum* -CULE on an obscure base.] 1 Something that helps. M16. 2 *Sc. Law.* Supporting or corroborative evidence; a writing tending to prove the existence and tenor of a lost deed. L16. **adminicular** *a.* helpful, corroboratory L17.

**adminiculate** /admɪ'nɪkjʊleɪt/ *v.t.* M16. [L *adminiculat-* pa. ppl stem of *adminiculare*, f. as prec.: see -ATE[3].] Help, support; *Sc. Law* support by corroboratory evidence.

**administer** /əd'mɪnɪstə/ *v.* LME. [OFr. *aministrer* f. L *administrare*: see AD-, MINISTER *v.* Orig. *am-*, refash. after Latinized (O)Fr. *administrer*.] I *v.t.* 1 Manage as a steward; carry on or execute (an office, affairs, etc.). LME. 2 *Law.* Manage and dispose of (the estate of a deceased person) under a will or by official appointment. LME. 3 Execute or dispense (justice). LME. 4 Furnish, supply, give, (orig. something beneficial, *to*). LME. 5 Execute or perform (offices of religion); dispense (a sacrament). L15. 6 Formerly, apply (a branch of medicine). Now, give (medicine, *to*). M16. 7 Offer (an oath) for swearing (*to* a person). L16.

¶ W. HOLTBY Once the laws have been passed, we only can administer them. P. G. WODEHOUSE Your aunt .. decided to take over the family finances and administer them herself. 4 STEELE The Joy which this Temper of Soul administers. JOYCE Even a fellow on the broad of his back could administer a nasty kick.

II *v.i.* 8 Act as an administrator. E17. 9 Minister *w.* arch. E18.

**administrable** *a.* able to be administered E19. †**administrer** *n.* L15–L17.

**administrant** /əd'mɪnɪstr(ə)nt/ *a.* & *n.* rare. E17. [Fr., pres. pple of *administrer* see prec., -ANT[1].] A *adj.* Managing affairs; executive. E17. B *n.* An acting officer. E17.

**administrate** /əd'mɪnɪstreɪt/ *v.t.* & *i.* M16. [L *administrat-* pa. ppl stem of *administrare*: see ADMINISTER, -ATE[3].] = ADMINISTER.

**administration** /ədmɪnɪ'streɪʃ(ə)n/ *n.* ME. [(O)Fr., or L *administratio(n-)*, f. as prec.: see -ATION.] 1 The action of administering something (a sacrament, justice, remedies, an oath, etc.) to another. ME. 2 The action of administering in any office; attendance; performance (*of*). *obs.* in gen. sense. LME. 3 Management (*of* any business). LME. 4 *Law.* The management and disposal of a deceased person's estate. LME. b The management of an insolvent company under a court order. L20. 5 *ellipt.* The management of public affairs; government. E16. 6 The executive part of the legislature; the ministry; the Government. E18. b A period of office of a President of the United States. L18.

**4 letters of administration** authority to administer the estate of an intestate (cf. *probate*). 5 *Parliamentary Commissioner for Administration:* see PARLIAMENTARY *a.*

**administrative** /əd'mɪnɪstrətɪv/ *a.* & *n.* M18. [Fr. *administratif*, *-ive* or L *administrativus*, f. as ADMINISTRATE: see -ATIVE.] A *adj.* Pertaining to management of affairs; executive. M18. B *n.* An administrative body; an administrator. rare. L19.

**administratively** *adv.* M19.

**administrator** /əd'mɪnɪstreɪtə/ *n.* LME. [L, f. as ADMINISTRATE + -OR. Cf. Fr. *administrateur*.] 1 A manager of business or public affairs; a person capable of organizing. LME. 2 *Law.* a A person appointed to administer an estate in default of an executor, or to manage an insolvent company. LME. b A person authorized to manage an estate for the legal owner during his or her minority, absence, etc.; *Sc. Law* (in full *administrator in law*) a person empowered to act for another, *spec.* for a child. M16. 3 A person who administers something (a sacrament, justice, etc.) to another; an applier or giver (*of*). M16.

**administratorship** *n.* L16. **administratress** *n.* (rare) a female administrator L18.

**administratrix** /ədmɪnɪ'streɪtrɪks/ *n.* Pl. **-trixes**, **-trices** /-trɪsiːz/. M16. [f. prec.: see -TRIX. Cf. Fr. *administratrice*.] A female administrator, *spec.* of an estate in default of an executor.

**admirable** /'adm(ə)rəb(ə)l/ *a.* & *adv.* LME. [(O)Fr. f. L *admirabilis*, f. *admirari*: see ADMIRE, -ABLE.] A *adj.* 1 To be wondered at. *obs.* exc. in *Admirable* CRICHTON. LME. 2 Causing pleased surprise, or wonder united with approbation; (by degrees losing the idea of wonder) excellent, to be warmly approved. L16.

¶ MILTON Not only strange and admirable, but lamentable to think on.

†B *adv.* Admirably. E17–E18.

**admirableness** *n.* E17. **admirably** *adv.* L16.

**admiral** /'adm(ə)r(ə)l/ *n.* ME. [OFr. *amiral*, †*admira(i)l* f. (through med.L) Arab. *amīr* commander (see AMIR, EMIR) + *-al* -AL[1]: assoc. w. prec.] †1 An emir or prince under the Sultan; a Saracen commander. ME–E16. 2 The commander-in-chief of a country's navy. LME. 3 A naval officer of high rank, *spec.* of the rank next below Admiral of the Fleet; the commander of a fleet or squadron. LME. 4 The ship which carries the admiral; the flagship. L16. 5 Any of various nymphalid butterflies, *spec.* a red or white admiral. E18.

**2 Lord High Admiral:** a title of the British monarch (formerly of an officer who governed the Royal Navy and had jurisdiction over maritime causes). 3 **Admiral of the Fleet**, (US) **Fleet Admiral**: the highest grade of such officers. *High Admiral:* see HIGH *a.* *rear admiral:* see REAR *a.*[1] *VICE ADMIRAL. yellow admiral:* see YELLOW *a.* 5 *red admiral:* see RED *a. white admiral:* see WHITE *a.*

**admiralissimo** *n.* (*colloq.*) [after GENERALISSIMO] the supreme commander of (combined) naval forces E20. **admiralship** *n.* the position or rank of admiral; ability to perform the duties of an admiral. L16.

**admiralty** /'adm(ə)r(ə)lti/ *n.* LME. [OFr. *admiral(i)té* (mod. *amirauté*), f. as prec.: see -TY[1].] 1 The jurisdiction or office of an admiral. LME. †2 The department under command of the admiral. LME–E17. 3 The department administering the Navy. *obs.* exc. *Hist.* and in titles. LME. 4 The maritime branch of the administration of justice. LME. 5 *rhet.* Command of the seas. L19.

¶ *Droit of Admiralty:* see DROIT *n.*[1] 1. 3 **the Admiralty**: the building from which the British navy is administered. **the Board of Admiralty**, (since 1964) **the Admiralty Board**: appointed to administer the British navy. 5 R. KIPLING If blood be the price of admiralty Lord God, we ha' paid in full!

**admiration** /admə'reɪʃ(ə)n/ *n.* LME. [(O)Fr., or L *admiratio(n-)*, f. *admirat-* pa. ppl stem of *admirari:* see next, -ATION.] 1 The action of wondering or marvelling; wonder. *arch.* LME. 2 An object of admiration. L15. 3 Wonder mingled with reverence, esteem, approbation; pleased contemplation, warm approval. M16. †4 Admirableness. M16–M17. 5 An exclamation mark (= *note of admiration* below). *arch.* L16.

¶ T. FULLER Admiration is the daughter of ignorance. **note of admiration** *arch.* an exclamation mark. 2 M. W. MONTAGU The young prince . . is the admiration of the whole court. 3 *mutual admiration society:* see MUTUAL *a.* **to admiration** in an admirable manner, excellently. 4 SHAKES. *Temp.* Admir'd Miranda! Indeed the top of admiration.

'**admirative** *a.* characterized by admiration L15.

**admire** /əd'maɪə/ *v.* L15. [Isolated early use f. OFr. *amirer*; later (L16) f. Fr. *admirer* or L *admirari*, f. *ad* AD- + *mirari* to wonder.] 1 *v.t.* Regard with pleased surprise, respect, or approval. L15. 2 Express admiration of. M19. 2 *v.i.* Feel or express surprise or astonishment. *arch.* L16. 3 *v.t.* View with wonder or surprise; marvel at. *arch.* L16. 4 *v.t.* Astonish, surprise. *rare.* M17.

¶ DAY LEWIS I always admired Auden for . . his certainties. J. HELLER You admire money and you idolize the people who have it. 2 SWIFT She admir'd as much at him. DICKENS Mrs. Chick admires that Edith should be . . such a perfect Dombey. **admire to** *US colloq.* be pleased to (do something), like to. 3 ADDISON How can we sufficiently admire the stupidity or Madness of these Persons?

**admirer** *n.* a person who admires; a suitor, a lover: L16. **admiring** *ppl a.* showing or feeling admiration L16. **admiringly** *adv.* E17.

**ad misericordiam** /ad mɪzɛrɪ'kɔːdɪam/ *adv.* & *a. phr.* E19. [L.] Of an appeal, argument, etc.: to mercy, to pity.

**admissible** /əd'mɪsɪb(ə)l/ *a.* E17. [Fr., or med.L *admissibilis*, f. as next: see -IBLE.] 1 Of an idea or plan: worthy of being accepted or considered. E17. b *Law* Allowable as evidence. M19. 2 Worthy or able to be admitted (*to* an office or position, or the use of a place). L18.

**admissable** *a.* = ADMISSIBLE L19. **admissi'bility** *n.* L18.

**admission** /əd'mɪʃ(ə)n/ *n.* LME. [L *admissio(n-)*, f. *admiss-* pa. ppl stem of *admittere:* see next, -ION.] 1 The action of admitting or the fact of being admitted (*to* or *into* a place, office or position, class, etc.); a charge or ticket for this. LME. 2 The admitting (*of* something) as proper, valid, or true; acknowledging, conceding. M16. b A concession, an acknowledgement. E19.

¶ BACON The admission of poor suitors without fee. R. BRAUTIGAN Fifty-cents admission for their flea circus. 2 A. G. GARDINER Wars . . only end with the admission of defeat. b J. BRAINE Shocking her into an admission that she still cared what happened to him.

**admissive** /əd'mɪsɪv/ *a.* characterized by admitting, tending to admit L18.

**admit** /əd'mɪt/ *v.* Infl. ~**tt**~. LME. [L *admittere*, f. *ad* AD- + *mittere* send; but some early forms reflect semi-pop. OFr. *amettre*.] I As a voluntary agent. 1 *v.t.* & †*i. w. of.* Let in, permit (a person etc.) entrance or access (*to* or *into* a place, office or position, class, etc.), *spec.* in *Law* (now *Hist.*) into the possession of a copyhold estate. LME. 2 *v.t.* & †*i. w. of.* Consent to, permit; accept as valid or true; acknowledge, confess; concede (*that*). LME. b *v.i.* Foll. by *to:* acknowledge (a weakness etc.), confess to. M20.

¶ E. M. FORSTER Admitting into her kindly voice a note of exasperation. B. RUSSELL The Orphic communities . . admitted slaves on equal terms. G. GREENE The office had two waiting-rooms, and I was admitted alone into one. †**admit of**: into the number or fellowship of. **admit to bail:** see BAIL *n.*[1] 2 SHAKES. *Twel. N.* She will admit no kind of suit. JAS. MILL Tippoo . . had admitted no delay. E. O'NEILL The old veldt has its points, I'll admit, but it isn't home. A. BURGESS I made a mistake, I freely admit it.

b *but,* d *dog,* f *few,* g *get,* h *he,* j *yes,* k *cat,* l *leg,* m *man,* n *no,* p *pen,* r *red,* s *sit,* t *top,* v *van,* w *we,* z *zoo,* ʃ *she,* ʒ *vision,* θ *thin,* ð *this,* ŋ *ring,* tʃ *chip,* dʒ *jar*

This material may be protected by Copyright law (Title 17 U.S. Code)

0003

AMRN03130548