# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMARIN PHARMA, INC, et al., | Case No. 2:16-cv-02525-MMD-NJK |
| Plaintiff(s), | ORDER |
| v. | |
| WEST-WARD PHARMACEUTICALS CORP., | |
| Defendant(s). | |

Pursuant to Local Patent Rule 1-19, the Court must hold a post-claim construction order settlement conference within 30 days after entry of the claim construction order and a pretrial settlement conference within 30 days after filing of the pretrial order. The Court **ORDERS** the parties to file a stipulation seven days after entry of the claim construction order and seven days after the filing of the pretrial order. Each stipulation shall include five dates on which all required participants are available to attend the settlement conference.

IT IS SO ORDERED.

DATED: November 29, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge