Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar No. 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV  89135
Telephone:  (702) 948-8771
Facsimile:  (702) 948-8773
E-mail: nsantoro@santoronevada.com,
jsmith@santoronevada.com

Christopher N. Sipes (*pro hac vice*)
Einar Stole (*pro hac vice*)
Michael N. Kennedy (*pro hac vice*)
Megan P. Keane *(pro hac vice)*
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
E-mail: csipes@cov.com, estole@cov.com,
mkennedy@cov.com, mkeane@cov.com

*Attorneys for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WEST-WARD PHARMACEUTICALS CORP., *et al.*,<br><br>    Defendants. | Case No.: 2:16-cv-02525-MMD-NJK<br><br>(Consolidated with 2:16-cv-02562-MMD-NJK, 2:16-cv-02658-MMD-NJK, and 2:17-cv-02641-MMD-NJK)<br><br>**JOINT REQUEST FOR EXCEPTION TO SETTLEMENT CONFERENCE ATTENDANCE REQUIREMENT** |

Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited (collectively, "Amarin"), Defendants West-Ward Pharmaceuticals Corporation and West-Ward Pharmaceuticals International Limited (collectively, "West-Ward"), Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), and Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "Dr. Reddy's") (collectively, the "Parties"), jointly request an exception to the attendance requirements for the January 8, 2018 settlement conference. In support of the request, the Parties state the following:

1. The Court has scheduled a settlement conference in this action for January 8, 2018. The Court's November 29 Order scheduling the settlement conference states that "[a]ll counsel of record who will be participating in the trial" must "be present in person for the duration of the settlement conference." ECF No. 92 at 1. The Order further states that "[a] request for an exception to the above personal attendance requirements must be filed and served on all parties within seven (7) days of the issuance of this order." *Id.* at 2.

2. To the extent the Court's Order is intended to require the presence of all counsel of record, the Parties respectfully request an exception to this requirement. Amarin has six counsel of record, and West-Ward, Teva, and Dr. Reddy's each have five. Many of the twenty-one counsel of record, but not all, will be participating in the trial. The Parties believe that requiring the presence of all twenty-one counsel of record would impose a significant burden on the Parties and is not likely to advance the settlement discussions.

3. The Parties have conferred with one another regarding their expected attendees for the settlement conference. Each Party will have multiple counsel of record present. Counsel present at the settlement conference will either be lead counsel or otherwise have full knowledge of the case. In the Parties' view, this will be sufficient to allow for a productive settlement conference. No Party will rely on the absence of any counsel of record as a reason to refuse or delay making or responding to any settlement offers.

1  For these reasons, the Parties respectfully request that the Court grant this exception to the settlement conference attendance requirement.

DATED:      December 6, 2017                       Respectfully submitted,

For Amarin:                                                         For West-Ward:

*/s/ Jason D. Smith*                                            */s/ Alan B. Clement*
Nicholas J. Santoro (Nev. Bar No. 532)        Wayne A. Shaffer (Nev. Bar No. 1519)
Jason D. Smith (Nev. Bar No. 9691)             LAXALT & NOMURA, LTD.
SANTORO WHITMIRE, LTD.                      9600 Gateway Dr.
10100 W. Charleston Blvd., Suite 250           Reno, NV 89521
Las Vegas, NV 89135                                   Telephone:  (775) 322-1170
Telephone:  (702) 948-8771                         Facsimile:  (775) 322-1865
Facsimile:  (702) 948-8773                           E-mail: wshaffer@laxalt-nomura.com
E-mail: nsantoro@santoronevada.com
            jsmith@santoronevada.com             Alan B. Clement (*pro hac vice*)
                                                                       LOCKE LORD LLP
Christopher N. Sipes (*pro hac vice*)            Brookfield Place
Einar Stole (*pro hac vice*)                          200 Vesey St., 20th Floor
Michael N. Kennedy (*pro hac vice*)           New York, NY 10281
Megan P. Keane (*pro hac vice*)                 Telephone:  (212) 812-8318
COVINGTON & BURLING LLP                  Facsimile: (212) 812-8378
One CityCenter, 850 Tenth Street, NW         E-mail: aclement@lockelord.com
Washington, DC 20001
Telephone:  (202) 662-6000                         Myoka Kim Goodin (*pro hac vice*)
Facsimile: (202) 662-6291                            Nina Vachhani (*pro hac vice*)
E-mail:  csipes@cov.com                             Jennifer Coronel (*pro hac vice*)
              estole@cov.com                            LOCKE LORD LLP
              mkennedy@cov.com                    111 S. Wacker Drive
              mkeane@cov.com                        Chicago, IL 60606
                                                                       Telephone:  (312) 443-0700
*Attorneys for Plaintiffs Amarin Pharma, Inc. and*    Facsimile: (312) 443-0336
*Amarin Pharmaceuticals Ireland Limited*      E-mail:  mkgoodin@lockelord.com
                                                                                   nvachhani@lockelord.com
                                                                                   jennifer.coronel@lockelord.com

*Attorneys for Defendants West-Ward Pharmaceuticals International Limited and West-Ward Pharmaceuticals Corporation*

| | |
|---|---|
| For Teva: | For Dr. Reddy's: |
| */s/ J.C. Rozendaal* | */s/ Constance S. Huttner* |
| John P. Desmond (Nev. Bar No. 5618) | Michael D. Rounds (Nev. Bar No. 4734) |
| Brian R. Irvine (Nev. Bar No. 7758) | Ryan J. Cudnik (Nev. Bar No. 12948) |
| DICKINSON WRIGHT PLLC | BROWNSTEIN HYATT FARBER |
| 100 West Liberty St., Suite 940 |    SCHRECK, LLP |
| Reno, NV 89501 | 5371 Kietzke Lane |
| Telephone:  (775) 343-7500 | Reno, NV 89511 |
| Facsimile:  (775) 786-0131 | Telephone:  (775) 324-4100 |
| E-mail:  jdesmond@dickinsonwright.com | Facsimile:  (775) 333-8171 |
|        birvine@dickinsonwright.com | E-mail:  mrounds@bhfs.com |
| |        rcudnik@bhfs.com |
| J.C. Rozendaal (*pro hac vice*) | |
| Michael E. Joffre (*pro hac vice*) | Constance S. Huttner (*pro hac vice*) |
| Chandrika Vira (*pro hac vice*) | Caroline Sun (*pro hac vice*) |
| STERNE, KESSLER, GOLDSTEIN | Beth Finkelstein (*pro hac vice*) |
|    & FOX P.L.L.C. | BUDD LARNER P.C. |
| 1100 New York Avenue NW | 150 John F. Kennedy Pkwy. |
| Washington, DC 20005-3934 | Short Hills, NJ 07078 |
| Telephone:  (202) 371-2600 | Telephone:  (973) 379-4800 |
| Facsimile:  (202) 371-2540 | Facsimile:  (973) 379-7734 |
| E-mail:  jcrozendaal@skgf.com | E-mail:  chuttner@buddlarner.com |
|        mjoffre@skgf.com |        csun@buddlarner.com |
|        cvira@skgf.com |        bfinkelstein@buddlarner.com |
| *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* | *Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories Ltd.* |

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2017, I electronically transmitted a true and correct copy of the foregoing **JOINT REQUEST FOR EXCEPTION TO SETTLEMENT CONFERENCE ATTENDANCE REQUIREMENT**, to the following counsel of record in this matter:

**Laxalt & Nomura, Ltd.**
Wayne A. Shaffer          Email: wshaffer@laxalt-nomura.com
**Locke Lord LLP**
Alan B. Clement           Email: aclement@lockelord.com
Myoka Kim Goodin          Email: mkgoodin@lockelord.com
Nina Vachhani             Email: nvachhani@lockelord.com
Jennifer Coronel          Email: jennifer.coronel@lockelord.com

*Attorneys for Defendants West-Ward Pharmaceuticals International Limited and West-Ward Pharmaceuticals Corporation*

**Brownstein Hyatt Farber Schreck, LLP**
Michael D. Rounds         Email: mrounds@bhfs.com
Ryan J. Cudnik            Email: rcudnik@bhfs.com
**Budd Larner P.C.**
Constance S. Huttner      Email: chuttner@buddlarner.com
Caroline Sun              Email: csun@buddlarner.com
Beth Finkelstein          Email: bfinkelstein@buddlarner.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

**Dickinson Wright PLLC**
John P. Desmond           Email: jdesmond@dickinsonwright.com
Brian R. Irvine           Email: birvine@dickinsonwright.com
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
J.C. Rozendaal            Email: jcrozendaal@skgf.com
Michael E. Joffre         Email: mjoffre@skgf.com
Chandrika Vira            Email: cvira@skgf.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

      */s/ Rachel Jenkins*
      An employee of Santoro Whitmire