JOHN P. DESMOND
Nevada Bar No. 5618
BRIAN R. IRVINE
Nevada Bar No. 7758
DICKINSON WRIGHT PLLC
100 West Liberty St., Suite 940
Reno, NV 89501
Tel:  (775) 343-7500
Fax: (775) 786-0131
jdesmond@dickinsonwright.com
birvine@dickinsonwright.com

J.C. ROZENDAAL (admitted *pro hac vice*)
MICHAEL E. JOFFRE (admitted *pro hac vice*)
CHANDRIKA VIRA (admitted *pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue N.W.
Washington, D.C. 20005-3934
Tel:  (202) 371-2600
Fax: (202) 371-2540
jcrozendaal@skgf.com
mjoffre@skgf.com
cvira@skgf.com

*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC. *et al.*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>WEST-WARD PHARMACEUTICALS CORP., *et al.*,<br><br>                    Defendants. | Case No.:  2:16-cv-02525-MMD-NJK<br><br>(Consolidated with 2:16-cv-02562-MMD-NJK, 2:16-cv-02658-MMD-NJK, and 2:17-cv-02641-RFB-GWF)<br><br>**REQUEST TO ADJOURN PRE-CLAIM-CONSTRUCTION SETTLEMENT CONFERENCE** |

Defendant Teva Pharmaceuticals USA, Inc. ("Teva") requests that the January 8, 2018 pre-claim-construction settlement conference be adjourned until a later date. In support of the request, Teva states the following:

1. The Court has scheduled a pre-claim-construction settlement conference in this action for January 8, 2018. ECF No. 92 at 1. The conference is to be held in the chambers of Magistrate Judge Koppe, Fourth Floor, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

2. Teva respectfully requests that the pre-claim-construction settlement conference be adjourned until after the Court has construed the claims of the patents in suit. At this time, Teva does not believe a pre-claim-construction settlement conference would be productive for the following reasons.

3. The parties have already litigated these same patents in New Jersey until that case was interrupted by regulatory events after claim construction issues had been fully briefed. The lack of progress on settlement in that prior litigation suggests that likelihood of success in talks in early January are likely too low to warrant an in-person settlement conference at this juncture in the case.

4. Furthermore, an in-person attendance in Las Vegas is not convenient for Teva personnel, all of whom live and work on the East Coast. While Teva is open to settlement and would welcome settlement discussions, Teva respectfully requests that the expense and inconvenience of an in-person conference in Nevada should be delayed until a time when the odds of meaningful progress toward a settlement are better than they are likely to be on January 8, 2018.

5. Teva is aware that the Court spends significant time preparing for settlement conference and takes them very seriously. Accordingly, Teva does not want to waste the Court's time or resources at this stage of the case when settlement seems highly unlikely.

For these reasons, Teva requests that the Court adjourn the pre-claim-construction settlement conference to a later date.

1  Dated:  December 6, 2017

2

3  /s/ J.C. Rozendaal
   JOHN P. DESMOND
   Nevada Bar No. 5618
4  BRIAN R. IRVINE
   Nevada Bar No. 7758
5  DICKINSON WRIGHT PLLC
   100 West Liberty St., Suite 940
   Reno, NV 89501
6  Tel:  (775) 343-7500
   Fax:  (775) 786-0131
7  jdesmond@dickinsonwright.com
   birvine@dickinsonwright.com
8
   J.C. ROZENDAAL (admitted *pro hac vice*)
9  MICHAEL E. JOFFRE (admitted *pro hac vice*)
   CHANDRIKA VIRA (admitted *pro hac vice*)
   STERNE, KESSLER, GOLDSTEIN & FOX
10 P.L.L.C.
   1100 New York Avenue N.W.
11 Washington, D.C. 20005-3934
   Tel:  (202) 371-2600
12 Fax: (202) 371-2540
   jcrozendaal@skgf.com
   mjoffre@skgf.com
13 cvira@skgf.com

14 *Attorneys for Defendant*
   *Teva Pharmaceuticals USA, Inc.*

15

16

17

18

19

20

21

22

23

24

4

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically transmitted a true and correct copy of the foregoing **REQUEST TO ADJOURN PRE-CLAIM-CONSTRUCTION SETTLEMENT CONFERENCE** to the following counsel of record for Plaintiffs in this matter through the Court's CM/ECF efiling program:

| | |
|---|---|
| Nicholas J. Santoro, Esq.<br>Jason D. Smith, Esq.<br>SANTORO WHITMIRE, LTD.<br>10100 W. Charleston Boulevard, Suite 250<br>Las Vegas, NV 89135 | Christopher N. Sipes, Esq.<br>Einar Stole, Esq.<br>Michael N. Kennedy, Esq.<br>Megan P. Keane, Esq.<br>COVINGTON & BURLING LLP<br>One CityCenter, 850 Tenth Street NW<br>Washington, DC 20001 |
| Megan Patricia Keane<br>Michael Kennedy<br>Christopher Neil Sipes<br>Einar Stole<br>COVINGTON & BURLING LLP<br>850 10th Street NW<br>Washington, DC 20001 | Jason D Smith<br>SANTORO WHITMIRE<br>10100 W. Charelston Blvd., Suite 250<br>Las Vegas, NV 89135 |
| Alan Clement<br>LOCKE LORD LLP<br>Brookfield Place<br>200 Vesey Street, 20th Floor<br>New York, NY 10281 | Jennifer Marie Coronel<br>Myoka Kim Goodin<br>Nina Vachhani<br>LOCKE LORD LLP<br>111 S. Wacker Dr<br>Chicago, IL 60606 |
| Wayne A Shaffer<br>LAXALT & NOMURA, LTD<br>9600 Gateway Dr<br>Reno, NV 89521 | Maria M Mercera<br>PISANELLI BICE PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101 |

| | |
|---|---|
| Beth Finkelstein<br>Constance S. Huttner<br>Caroline Sun<br>BUDD LARNER PC<br>150 John F. Kennedy Parkway<br>Short Hills, NJ 07078 | Michael D. Rounds<br>Ryan James Cudnik<br>BROWNSTEIN HYATT FARBER<br>SCHRECK, LLP<br>5371 Kietzke Lane<br>Reno, NV 89511 |

DATED this 6th day of December, 2017.

          /s/ Cindy S. Grinstead
An Employee of Dickinson Wright PLLC