Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar No. 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV  89135
Telephone:  (702) 948-8771
Facsimile:  (702) 948-8773
E-mail: nsantoro@santoronevada.com,
          jsmith@santoronevada.com

Christopher N. Sipes (*pro hac vice*)
Einar Stole (*pro hac vice*)
Michael N. Kennedy (*pro hac vice*)
Megan P. Keane *(pro hac vice)*
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Telephone:  (202) 662-6000
Facsimile: (202) 662-6291
E-mail: csipes@cov.com, estole@cov.com,
mkennedy@cov.com, mkeane@cov.com

*Attorneys for Plaintiffs Amarin Pharma, Inc. and
Amarin Pharmaceuticals Ireland Limited*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| AMARIN PHARMA, INC., *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>WEST-WARD PHARMACEUTICALS CORP., *et al.*,<br><br>          Defendants. | Case No.: 2:16-cv-02525-MMD-NJK<br><br>(Consolidated with 2:16-cv-02562-MMD-NJK, 2:16-cv-02658-MMD-NJK, and 2:17-cv-02641-MMD-NJK)<br><br>**RESPONSE TO DEFENDANT TEVA'S REQUEST TO ADJOURN PRE-CLAIM-CONSTRUCTION SETTLEMENT CONFERENCE (ECF NO. 95)** |

Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited (collectively, "Amarin") hereby respond to Defendant Teva Pharmaceuticals USA, Inc.'s Request to Adjourn Pre-Claim-Construction Settlement Conference (ECF No. 95), and state the following:

1.      The Court has scheduled a settlement conference in this action for January 8, 2018.  ECF No. 92 at 1.  The conference will be conducted by Magistrate Judge Koppe in her chambers.  *Id.*

2.      On December 6, 2017, Teva requested that the Court adjourn the settlement conference "until after the Court has construed the claims of the patents in suit."  ECF No. 95 at 2.  In support, Teva expressed its view that the "likelihood of success in talks in early January are likely too low to warrant an in-person settlement conference at this juncture in the case."  *Id.*

3.      The parties are in the process of drafting their claim construction briefs.  Amarin filed its opening brief on November 1, 2017.  ECF No. 89.  The Defendants' responses and Amarin's reply are due December 12, 2017 and January 25, 2018, respectively.  ECF No. 60 at 2.  No date has been set for the claim construction hearing.

4.      Amarin defers to the Court's guidance on whether to proceed with the settlement conference as planned.  However, Amarin believes it would not be productive to hold a conference with fewer than all parties present.  Therefore, Amarin requests that either (a) all parties be required to be present at the settlement conference or (b) that the settlement conference be adjourned until after the Court's claim construction order has been issued.  Amarin appreciates that the Court devotes substantial time and resources to preparing for these conferences and would not wish to burden the Court unnecessarily.

DATED:      December 8, 2017

Respectfully submitted,

*/s/ Jason D. Smith*
Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar No. 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Telephone:  (702) 948-8771
Facsimile:  (702) 948-8773
E-mail: nsantoro@santoronevada.com
        jsmith@santoronevada.com

Christopher N. Sipes (*pro hac vice*)
Einar Stole (*pro hac vice*)
Michael N. Kennedy (*pro hac vice*)
Megan P. Keane (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
E-mail:  csipes@cov.com
         estole@cov.com
         mkennedy@cov.com
         mkeane@cov.com

*Attorneys for Plaintiffs Amarin Pharma, Inc.*
*and Amarin Pharmaceuticals Ireland Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on December 8, 2017, I electronically transmitted a true and correct copy of the foregoing **RESPONSE TO DEFENDANT TEVA'S REQUEST TO ADJOURN PRE-CLAIM-CONSTRUCTION SETTLEMENT CONFERENCE (ECF NO. 95)**, to the following counsel of record in this matter:

**Laxalt & Nomura, Ltd.**
    Wayne A. Shaffer                 Email:  wshaffer@laxalt-nomura.com
**Locke Lord LLP**
    Alan B. Clement                 Email:  aclement@lockelord.com
    Myoka Kim Goodin            Email:  mkgoodin@lockelord.com
    Nina Vachhani                   Email:  nvachhani@lockelord.com
    Jennifer Coronel                Email:  jennifer.coronel@lockelord.com

*Attorneys for Defendants West-Ward Pharmaceuticals International Limited and West-Ward Pharmaceuticals Corporation*

**Brownstein Hyatt Farber Schreck, LLP**
    Michael D. Rounds            Email:  mrounds@bhfs.com
    Ryan J. Cudnik                Email:  rcudnik@bhfs.com
**Budd Larner P.C.**
    Constance S. Huttner          Email:  chuttner@buddlarner.com
    Caroline Sun                   Email:  csun@buddlarner.com
    Beth Finkelstein                Email:  bfinkelstein@buddlarner.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

**Dickinson Wright PLLC**
    John P. Desmond             Email:  jdesmond@dickinsonwright.com
    Brian R. Irvine                Email:  birvine@dickinsonwright.com
**Sterne, Kessler, Goldstein & Fox P.L.L.C.**
    J.C. Rozendaal                Email:  jcrozendaal@skgf.com
    Michael E. Joffre             Email:  mjoffre@skgf.com
    Chandrika Vira               Email:  cvira@skgf.com

*Attorneys for Defendant Teva Pharmaceuticals USA, Inc.*

*/s/ Rachel Jenkins*
An employee of Santoro Whitmire