Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar No. 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Telephone: (702) 948-8771
Facsimile: (702) 948-8773
E-mail: nsantoro@santoronevada.com,
jsmith@santoronevada.com

Christopher N. Sipes (*pro hac vice*)
Einar Stole (*pro hac vice*)
Michael N. Kennedy (*pro hac vice*)
Megan P. Keane (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
Facsimile: (202) 662-6291
E-mail: csipes@cov.com, estole@cov.com,
mkennedy@cov.com, mkeane@cov.com

*Attorneys for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Case No.: 2:16-cv-02525-MMD-NJK<br><br>(Consolidated with 2:16-cv-02562-MMD-NJK, 2:16-cv-02658-MMD-NJK, and 2:17-cv-02641-MMD-NJK)<br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**SPECIAL SCHEDULING REVIEW REQUESTED** |

## I. LR 26-1 STATEMENT REGARDING SPECIAL SCHEDULING REVIEW

In this case, Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceutical Ireland Limited (collectively, "Plaintiffs" or "Amarin") assert that Defendant Teva Pharmaceuticals USA, Inc. ("Teva") has infringed twelve of Amarin's patents based on Teva's filing an Abbreviated New Drug Application ("ANDA") with the U.S. Food and Drug Administration that seeks approval to market a generic version of Amarin's Vascepa® 500 mg product. In light of the similarity in the factual and legal issues, the Court has consolidated this case with three others, *see* ECF No. 91, in which Amarin asserts that Teva and two other defendant groups each infringed fourteen Amarin patents by filing an ANDA seeking approval to market generic versions of Amarin's Vascepa® 1 g product, specifically Civ. A. Nos. 2:16-cv-02525, 2:16-cv-02562, 2:16-cv-02658 (the "1 g action"). The Court has already entered a schedule in the 1 g action. *See* ECF No. 60.

In light of the consolidation of this case with the 1 g action and the similarities in legal and factual issues among the cases, the parties propose a case schedule that will ultimately keep all four cases on the same schedule. With the few exceptions identified below, the parties respectfully propose that the Court align the deadlines in this case with those already set in the 1 g action. The parties agree that the proposed discovery period is appropriate given the complexity of this patent infringement action. Moreover, the 30-month stay pertaining to this case does not expire until on or about February 29, 2020[1] and the proposed schedule provides sufficient time for the case to be resolved in advance of expiration of the stay. Consolidating the two case schedules will also streamline the matter and conserve both party and court resources.

## II. THE PARTIES' PROPOSED DISCOVERY SCHEDULE

The parties stipulate and agree that, with the exception of the dates specified below, the deadlines already imposed in the consolidated 1 g action, *see* ECF No. 60, *as modified by* ECF Nos. 88, 92, 103, 107, 110, should govern in this case.

---

[1] Amarin believes the expiration date is on or about March 1, 2020; Teva believes the expiration date is on or about Feb. 29, 2020.

- 2 -

| Events | Proposed Date |
|---|---|
| Initial Disclosures & Scheduling Order | January 29, 2018 |
| Asserted Claims and Supplemental Infringement Contentions | February 16, 2018 |
| Supplemental Noninfringement, Invalidity, and Unenforceability Contentions | March 16, 2018 |
| Responses to Supplemental Noninfringement, Invalidity, and Unenforceability Contentions | April 6, 2018 |

**III.   ADDITIONAL INFORMATION UNDER LR 26-1(b) AND FED. R. CIV. P. 26(f)**

**(1)   Initial Disclosures:**  The parties agree to serve initial disclosure statements pursuant to Fed. R. Civ. P. 26(a)(1) on January 29, 2018.

**(2)   Subjects of Discovery:**  The parties agree that all matters within the scope of Fed. R. Civ. P. 26 will be subjects of discovery (without prejudice to a party's right to object to discovery or seek a protective order).  The parties propose conducting fact discovery followed by expert discovery.

**(3)   E-Discovery:**  The parties agree that the Discovery Confidentiality Order entered in the 1 g action, ECF No. 69, will also apply to this case.

**(4)   Privileged Material:**  The parties agree that the Discovery Confidentiality Order entered in the 1 g action, ECF No. 69, will also apply to this case.

**(5)   Discovery Limitations:**  The parties agree that the discovery limitations in the 1 g action will also apply to this case, except that Teva may serve up to 5 additional interrogatories specific to this case.

**(6)   Other Orders:**  The parties agree that the Discovery Confidentiality Order entered in the 1 g action, ECF No. 69, will also apply to this case.

**(7)   Fed. R. Civ. P. 26(a)(3) Disclosures:**  The parties agree that the disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereof shall be included in the pretrial order.

**(8)** **Alternative Dispute Resolution:** The parties certify that they met and conferred about the possibility of using alternative dispute resolution processes.

**(9)** **Alternative Forms of Case Disposition:** The parties certify that they considered consenting to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

**(10)** **Email Service:** The parties agree to service of all documents by email pursuant to Fed. R. Civ. P. 5(b)(2)(E).

Dated: January 29, 2018

*/s/ Jason D. Smith*
Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar No. 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com,
jsmith@santoronevada.com

Christopher N. Sipes (*pro hac vice*)
Einar Stole (*pro hac vice*)
Michael N. Kennedy (*pro hac vice*)
Megan P. Keane (*pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-6000 / Fax: (202) 662-6291
Email: csipes@cov.com, estole@cov.com,
mkennedy@cov.com, mkeane@cov.com

*Counsel for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited*

Dated: January 29, 2018

*/s/ Chandrika Vira*
John P. Desmond (Nev. Bar No. 5618)
Brian R. Irvine (Nev. Bar No. 7758)
DICKINSON WRIGHT PLLC
100 West Liberty St., Suite 940
Reno, NV 89501
Tel.: (775) 343-7500 / Fax: (775) 786-0131
Email: jdesmond@dickinsonwright.com,
birvine@dickinsonwright.com

J.C. Rozendaal (*pro hac vice*)
Michael E. Joffre (*pro hac vice*)
Chandrika Vira (*pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX
1100 New York Ave., NW
Washington, DC 20005
Tel.: (202) 371-2600 / Fax: (202) 371-2540
Email: jcrozendaal@skgf.com,
mjoffre@skgf.com, cvira@skgf.com

*Counsel for Defendant Teva Pharmaceuticals USA, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: January 30, 2018