JOHN P. DESMOND
Nevada Bar No. 5618
BRIAN R. IRVINE
Nevada Bar No. 7758
DICKINSON WRIGHT PLLC
100 West Liberty St., Suite 940
Reno, Nevada 89501
Tel: (775) 343-7500
Fax: (775) 786-0131
jdesmond@dickinsonwright.com
birvine@dickinsonwright.com

J.C. ROZENDAAL (admitted *pro hac vice*)
MICHAEL E. JOFFRE (admitted *pro hac vice*)
CHANDRIKA VIRA (admitted *pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue N.W.
Washington, D.C. 20005-3934
Tel: (202) 371-2600
Fax: (202) 371-2540
jcrozendaal@skgf.com
mjoffre@skgf.com
cvira@skgf.com

*Attorneys for Teva Pharmaceuticals USA, Inc.*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC. *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WEST-WARD PHARMACEUTICALS CORP., *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:16-cv-02525-MMD-NJK<br><br>(Consolidated with 2:16-cv-02562-MMD-NJK, 2:16-cv-02658-MMD-NJK, and 2:17-cv-02641-MMD-NJK)<br><br>**REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST** |

Counsel for Teva Pharmaceuticals USA, Inc. ("Teva") hereby respectfully requests to be removed from the CM/ECF service list for this matter. All claims, counterclaims, affirmative defenses, and demands by and against Teva were dismissed with prejudice from this action on May 25, 2018. *See* Consent Judgment, Dkt. No. 128. Accordingly, counsel for Teva respectfully requests removal of the following attorneys from the CM/ECF service list.

- John Rozendaal (*pro hac vice*)
- Michael Joffre (*pro hac vice*)
- Chandrika Vira (*pro hac vice*)
- John P. Desmond
- Brian R. Irvine
- Justin James Bustos

Dated: August 14, 2018

/s/ John P. Desmond
JOHN P. DESMOND
Nevada Bar No. 5618
BRIAN R. IRVINE
Nevada Bar No. 7758
DICKINSON WRIGHT PLLC
100 West Liberty St., Suite 940
Reno, NV 89501
Tel: (775) 343-7500
Fax: (775) 786-0131
jdesmond@dickinsonwright.com
birvine@dickinsonwright.com

J.C. ROZENDAAL (admitted *pro hac vice*)
MICHAEL E. JOFFRE (admitted *pro hac vice*)
CHANDRIKA VIRA (admitted *pro hac vice*)
STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C.
1100 New York Avenue N.W.
Washington, D.C. 20005-3934
Tel: (202) 371-2600
Fax: (202) 371-2540
jcrozendaal@skgf.com
mjoffre@skgf.com
cvira@skgf.com

*Attorneys for Teva Pharmaceuticals USA, Inc.*

IT IS SO ORDERED.

Dated: August 15, 2018

_____
UNITED STATES MAGISTRATE JUDGE