# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMARIN PHARMA, INC., et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>WEST-WARD PHARMACEUTICALS CORP.,<br><br>    Defendant(s). | Case No.: 2:16-cv-2525-MMD-NJK<br><br>**Order** |

Due to conflicting duties of the Court, the settlement conference set in this case is hereby **ADVANCED** to 9:30 a.m. on October 9, 2018. Settlement statements shall be submitted by 3:00 p.m. on October 2, 2018. All other requirements in the order at Docket No. 136 continue to govern.

IT IS SO ORDERED.

Dated: August 30, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge

1