# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AMARIN PHARMA, INC. et al.,

    Plaintiff(s),

vs.

WEST-WARD PHARMACEUTICALS INTERNATIONAL LIMITED et al.,

    Defendant(s).

Case #2:16-CV-2525-MMD-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Charles B. Klein_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Winston & Strawn LLP
(firm name)

with offices at      1700 K Street, NW
(street address)

Washington , District of Columbia , 20006 ,
(city)    (state)    (zip code)

202-282-5977 , cklein@winston.com .
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
West-Ward Pharmaceuticals International Limited and
Hikma Pharmaceuticals USA Inc.    to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  May 3, 1996 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  District of Columbia 
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| District of Columbia Court of Appeals | May 3, 1996 | 450984 |
| U.S. Supreme Court | December 7, 1998 | |
| US District Court for the Eastern District of VA | November 14, 1997 | |
| US District Court for the District of Arizona | April 15, 1998 | |
| US District Court for the District of Maryland | November 15, 1999 | |
| US Court of Appeals for the Federal Circuit | June 10, 1997 | |
| Virginia State Bar | October 30, 1995 | 39117 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) District of Columbia, Virginia

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF District of Columbia )
COUNTY OF Washington )

Charles B. Klein, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 28th day of November, 2018.

Donna M. Burwell
Notary Public or Clerk of Court

DONNA M. BURWELL
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires September 30, 2020

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate **Wayne A. Shaffer**, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

9790 Gateway Drive, Suite 200
(street address)

Reno, Nevada, 89521
(city) (state) (zip code)

775-322-1170, wshaffer@laxalt-nomura.com
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Wayne A. Shaffer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Neema Kumar, Senior IP Counsel, Hikma
(type or print party name, title) Pharmaceuticals USA Inc.

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1519                    wshaffer@laxalt-nomura.com
Bar number              Email address

APPROVED:

Dated: this __12th__ day of __December__, 20__18__.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Certificate of Good Standing

I, Mark J. Langer, Clerk of the United States Court of Appeals for the District of Columbia Circuit, certify that CHARLES BENNETT KLEIN was on the 23rd day of June, 1997 duly admitted and qualified as an attorney and counselor of the Court of Appeals, and is now a member of the bar of the Court of Appeals in good standing.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of the Court, at the City of Washington, this 21 day of November, 2018.

FOR THE COURT:
Mark J. Langer, Clerk

BY: *[signature]*
Joseph D'Agostino
Deputy Clerk

# VIRGINIA STATE BAR

## *CERTIFICATE OF GOOD STANDING*

THIS IS TO CERTIFY THAT **CHARLES BENNETT KLEIN** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. KLEIN** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 11, 1995**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued November 26, 2018

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of LAXALT & NOMURA, LTD., and that I caused to be served a true and correct copy of the foregoing by E-Service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to all listed counsel including to the following email addresses:

Nicholas J. Santoro
nsantoro@santoronevada.com

Jason Smith
jsmith@santoronevada.com

Christopher N. Sipes
csipes@cov.com

Einar Stole
estole@cov.com

Michael N. Kennedy
mkennedy@cov.com

Megan P. Keane
mkeane@cov.com

Eric R. Sonnenschein
esonnenschein@cov.com

Alaina M. Whitt
awhitt@cov.com

Han Park
hpark@cov.com

Jordan L. Moran
Jmoran@cov.com

Michael D. Rounds
mrounds@bhfs.com

Ryan Cudnik
rcudnik@bhfs.com

Caroline Sun
csun@buddlarner.com

Constance S. Huttner
Chuttner@budlarner.com

Frank D. Rodriguez
frodriguez@buddlarner.com

Dmitry V. Shelhoff
dshelhoff@burlarner.com

Beth Finkelstein
bfinkelstein@budlarner.com

DATED this 12 day of December, 2018.

_____
LAURIE PIERATT