1  Michael D. Rounds
   Nevada Bar No. 4734
2  Ryan J. Cudnik
   Nevada Bar No. 12948
3  BROWNSTEIN HYATT FARBER SCHRECK, LLP
   5371 Kietzke Lane
4  Reno, Nevada 89511
   Telephone: (775) 324-4100
5  Facsimile: (775) 333-8171
   Email: mrounds@bhfs.com
6         rcudnik@bhfs.com

7  Constance S. Huttner (admitted *pro hac vice*)
   Frank D. Rodriguez (admitted *pro hac vice*)
8  Caroline Sun (admitted *pro hac vice*)
   Beth Finkelstein (admitted *pro hac vice*)
9  BUDD LARNER, P.C.
   150 John F. Kennedy Parkway
10 Short Hills, New Jersey 07078
   Tel: (973) 379-4800
11 Fax: (973) 379-7734
   Email: chuttner@buddlarner.com
12        frodriguez@buddlarner.com
          csun@buddlarner.com
13        bfinkelstein@buddlarner.com

14 *Attorneys for Defendants*
   *Dr. Reddy's Laboratories, Inc. and*
15 *Dr. Reddy's Laboratories, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC. and DR. REDDY'S LABORATORIES, LTD.,<br><br>Defendants. | CASE NO.: 2:16-cv-02525-MMD-NJK<br>(Consolidated with 2:16-cv-02562-MMD-NJK)<br><br>ORDER ON MOTION TO WITHDRAW AS COUNSEL |

PLEASE TAKE NOTICE that Dmitry V. Shelhoff hereby withdraws himself and himself only as attorney for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories,

1

Ltd. (together, "DRL").  Mr. Shelhoff is no longer associated with the law firm of BUDD LARNER, P.C.  DRL will continue to be represented by Constance S. Huttner, Frank D. Rodriguez, Caroline Sun, and Beth Finkelstein with the law firm of BUDD LARNER, P.C.

DATED this 17th day of December, 2018

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By: */s/ Michael D. Rounds*
    Michael D. Rounds (Nev. Bar No. 4734)
    Ryan J. Cudnik (Nev. Bar No. 12948)
    BROWNSTEIN HYATT FARBER
      SCHRECK, LLP
    5371 Kietzke Lane
    Reno, NV 89511
    Telephone:  (775) 324-4100
    Facsimile:  (775) 333-8171
    E-mail:  mrounds@bhfs.com
           rcudnik@bhfs.com

    Constance S. Huttner (*pro hac vice*)
    Frank D. Rodriguez (*pro hac vice*)
    Dmitry Shelhoff (*pro hac vice*)
    Caroline Sun (*pro hac vice*)
    Beth Finkelstein (*pro hac vice*)
    BUDD LARNER, P.C.
    150 John F. Kennedy Pkwy.
    Short Hills, NJ 07078
    Telephone:  (973) 379-4800
    Facsimile:  (973) 379-7734
    E-mail:  chuttner@buddlarner.com
           frodriguez@buddlarner.com
           csun@buddlarner.com
           bfinkelstein@buddlarner.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories Ltd.*

IT IS SO ORDERED.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE

DATED:  December 18, 2018