# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

AMARIN PHARMA, INC., *et al.*,

    Plaintiff,

v.

HIKMA PHARMACEUTICALS USA INC., *et al.*,

    Defendants.

Case No.: 2:16-cv-02525-MMD-NJK

**Order**

[Docket No. 165]

    Pending before the Court is Defendants' motion to modify the discovery plan and scheduling order, filed on an emergency basis. Docket No. 165. A response shall be filed no later than December 27, 2018, and any reply shall be filed no later than January 3, 2019.

    IT IS SO ORDERED.

    Dated: December 20, 2018.

_____
Nancy J. Koppe
United States Magistrate Judge