UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

AMARIN PHARMA, INC. et al.,

    Plaintiff(s),

vs.

WEST-WARD PHARMACEUTICALS
INTERNATIONAL LIMITED et al.,

    Defendant(s).

Case #2:16-CV-2525-MMD-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____George C. Lombardi_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Winston & Strawn LLP
(firm name)

with offices at _____35 W. Wacker Drive_____,
(street address)

_____Chicago_____, _____Illinois_____, _____60601_____,
(city) (state) (zip code)

_____312-558-5969_____, _____glombardi@winston.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
West-Ward Pharmaceuticals International Limited and
Hikma Pharmaceuticals USA Inc. _____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since __November 16, 1984__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Illinois__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S.D.C. Northern District of Illinois | December 19, 1984 | |
| U.S.C.A. Federal Circuit | January 5, 1990 | |
| U.S.C.A. Seventh Circuit | September 17, 1993 | |
| U.S.D.C. District of Colorado | October 12, 2000 | |
| U.S. Supreme Court | November 26, 2001 | 239952 |
| U.S.C.A. Fourth Circuit | January 29, 2002 | |
| U.S.D.C. Southern District of Illinois | October 23, 2003 | |
| U.S.D.C. District of Wisconsin | February 12, 2004 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Illinois )
COUNTY OF Cook )

George C. Lombardi, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

17th day of December, 2018.

_____
Notary Public or Clerk of Court

"OFFICIAL SEAL"
DONNA MICHI
Notary Public, State of Illinois
My Commission Expires 12/30/2021

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Wayne A. Shaffer__,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

__9790 Gateway Drive, Suite 200__,
(street address)

__Reno__, __Nevada__, __89521__,
(city) (state) (zip code)

__775-322-1170__, __wshaffer@laxalt-nomura.com__.
(area code + telephone number) (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Wayne A. Shaffer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Neena Kumar, Senior VP Counsel, Hikma Pharms.
(type or print party name, title)   USA, Inc.; West-Ward
Pharms. Int'l Ltd.
_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1519                    wshaffer@laxalt-nomura.com
Bar number              Email address

APPROVED:

Dated: this 3rd day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

George Carter Lombardi

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/16/1984 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 26th day of November, 2018.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of LAXALT & NOMURA, LTD., and that I caused to be served a true and correct copy of the foregoing by E-Service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to all listed counsel including to the following email addresses:

Nicholas J. Santoro
nsantoro@santoronevada.com

Jason Smith
jsmith@santoronevada.com

Christopher N. Sipes
csipes@cov.com

Einar Stole
estole@cov.com

Michael N. Kennedy
mkennedy@cov.com

Megan P. Keane
mkeane@cov.com

Eric R. Sonnenschein
esonnenschein@cov.com

Alaina M. Whitt
awhitt@cov.com

Han Park
hpark@cov.com

Jordan L. Moran
Jmoran@cov.com

Michael D. Rounds
mrounds@bhfs.com

Ryan Cudnik
rcudnik@bhfs.com

Caroline Sun
csun@buddlarner.com

Constance S. Huttner
Chuttner@buddlarner.com

Frank D. Rodriguez
frodriguez@buddlarner.com

Beth Finkelstein
bfinkelstein@buddlarner.com

DATED this 2nd day of January, 2019.

/s/Laurie Pieratt
LAURIE PIERATT