UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Case #2:16-CV-2525-MMD-NJK

AMARIN PHARMA, INC. et al.,

Plaintiff(s),

vs.

WEST-WARD PHARMACEUTICALS
INTERNATIONAL LIMITED et al.,

Defendant(s).

VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL

FILING FEE IS $250.00

_____Eimeric Reig-Plessis_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Winston & Strawn LLP_____
(firm name)

with offices at _____101 California Street_____,
(street address)

__San Francisco__, __California__, __94111__,
(city) (state) (zip code)

__415-591-6808__, __ereigplessis@winston.com__.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
West-Ward Pharmaceuticals International Limited and
Hikma Pharmaceuticals USA Inc. _____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since June 11, 2018 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of New York | January 20, 2011 | |
| District of Columbia | January 6, 2012 | 1005104 |
| U.S.C.A, Federal Circuit | September 5, 2013 | |
| U.S.C.A., Seventh Circuit | May 29, 2015 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
)
COUNTY OF _San Francisco_ )

___Eimeric Reig-Plessis___, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this

_____ day of _____, _____.

SEE ATTACHED —
CA JURAT

_____
Notary Public or Clerk of Court

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Wayne A. Shaffer___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____9790 Gateway Drive, Suite 200_____,
(street address)

___Reno___, ___Nevada___, ___89521___,
(city)          (state)         (zip code)

___775-322-1170___, ___wshaffer@laxalt-nomura.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Wayne A. Shaffer_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Neema Kumar, Senior IP Counsel, Hikma Pharms.
(type or print party name, title) USA, Inc.; West-Ward
Pharms. Int'l Ltd.

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

1519                wshaffer@laxalt-nomura.com
Bar number          Email address

APPROVED:

Dated: this 3rd day of January, 20 19.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

## CERTIFICATE OF STANDING

November 29, 2018

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, EIMERIC REIG-PLESSIS, #321273 was admitted to the practice of law in this state by the Supreme Court of California on June 11, 2018; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Denise Velasco
Custodian of Records



# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

---

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Eimeric Reig-Plessis

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **20th day of January, 2011**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this 3rd day of December, 2018.

Robert D Mayberger
Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Eimeric Reig Plessis*

was duly qualified and admitted on **January 6, 2012** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an **Active** member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 30, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

**CALIFORNIA JURAT**       **GOVERNMENT CODE § 8202**

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _San Francisco_

Subscribed and sworn to (or affirmed) before me on

this _14th_ day of _December_ 20_18_, by
   *Date*       *Month*     *Year*

(1) _Eimeric Reig-Plessis_

(and (2) _____ ),
             *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _Todd Montague_
        *Signature of Notary Public*

**TODD MONTAGUE**
Commission # 2147648
Notary Public - California
San Francisco County
My Comm. Expires Apr 22, 2020

*Place Notary Seal and/or Stamp Above*

---

**OPTIONAL**

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _Verified Petition for Permission_

Document Date: _December 14, 2018_  Number of Pages: _5 + 3 atts_

Signer(s) Other Than Named Above: _No other signers_

©2018 National Notary Association

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of LAXALT & NOMURA, LTD., and that I caused to be served a true and correct copy of the foregoing by E-Service by filing the foregoing with the Clerk of Court using the CM/ECF system, which will electronically mail the filing to all listed counsel including to the following email addresses:

Nicholas J. Santoro
nsantoro@santoronevada.com

Jason Smith
jsmith@santoronevada.com

Christopher N. Sipes
csipes@cov.com

Einar Stole
estole@cov.com

Michael N. Kennedy
mkennedy@cov.com

Megan P. Keane
mkeane@cov.com

Eric R. Sonnenschein
esonnenschein@cov.com

Alaina M. Whitt
awhitt@cov.com

Han Park
hpark@cov.com

Jordan L. Moran
Jmoran@cov.com

Michael D. Rounds
mrounds@bhfs.com

Ryan Cudnik
rcudnik@bhfs.com

Caroline Sun
csun@buddlarner.com

Constance S. Huttner
Chuttner@buddlarner.com

Frank D. Rodriguez
frodriguez@buddlarner.com

Beth Finkelstein
bfinkelstein@buddlarner.com

DATED this 2nd day of January, 2019.

/s/Laurie Pieratt
LAURIE PIERATT