# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMARIN PHARMA, INC., et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>WEST-WARD PHARMACEUTICALS CORP.,<br><br>    Defendant(s). | Case No.: 2:16-cv-2525-MMD-NJK<br><br>**Order**<br><br>(Docket No. 176) |

Pending before the Court is the parties' stipulation requesting an extension of the deadline to serve initial expert reports. Docket No. 176. The parties additionally request a telephonic hearing on Defendants' emergency motion to modify the scheduling order. *Id*. at 2. *See also* Docket No. 165.

The Court **GRANTS** the parties' stipulation. Docket No. 176. The expert disclosure deadline is extended to January 14, 2019. Additionally, the Court **SETS** a telephonic hearing on Defendants' motion to modify the discovery plan and scheduling order on January 14, 2019, at 2:00 p.m. The parties shall call the Court conference line at 877-402-9757 at least five minutes prior to the hearing. The conference code is 6791056. In order to ensure a clear recording of the hearing, the calls must be made using a land line phone. Cell phone calls, as well as the use of a speaker phone, are prohibited.

IT IS SO ORDERED.

Dated: January 9, 2019

_____
NANCY J. KOPPE
United States Magistrate Judge

1