Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar No. 9691)
**SANTORO WHITMIRE, LTD.**
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel: (702) 948-8771 / Fax: (702) 948-8773
E-mail: nsantoro@santoronevada.com,
jsmith@santoronevada.com

Christopher N. Sipes (admitted *pro hac vice*)
Einar Stole (admitted *pro hac vice*)
Michael N. Kennedy (admitted *pro hac vice*)
Megan P. Keane (admitted *pro hac vice*)
Eric R. Sonnenschein (admitted *pro hac vice*)
Alaina M. Whitt (admitted *pro hac vice*)
Han Park (admitted *pro hac vice*)
Jordan L. Moran (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000 / Fax: (202) 662-6291
E-mail: csipes@cov.com, estole@cov.com,
mkennedy@cov.com, mkeane@cov.com,
esonnenschein@cov.com, awhitt@cov.com,
hpark@cov.com, jmoran@cov.com

*Attorneys for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC., *et al.*,<br><br>Defendants. | CASE NO.: 2:16-cv-02525-MMD-NJK<br><br>(Consolidated with 2:16-cv-02562-MMD-NJK)<br><br>ORDER GRANTING<br>**JOINT MOTION FOR TWO-DAY EXTENSION OF DEADLINE TO SUBMIT JOINT STATUS REPORT** |

Pursuant to the Court's April 2, 2019 Order (ECF No. 194), Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited (collectively, "Amarin"), Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals International Limited (collectively, "Hikma") and Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "DRL") in the above-referenced consolidated action were required to submit a joint status report within seven days of the Court's Order. Since the Court's April 2, 2019 Order, the parties have diligently worked on preparing proposals for the length of trial and the dates on which the parties are available for trial to be scheduled. As a result, the parties have narrowed their disputes related to trial length and scheduling, but request additional time to further narrow these disputes. The parties therefore respectfully request a two-day extension—to Thursday, April 11, 2019—of the deadline to submit the Joint Status Report.

DATED: April 9, 2019

Respectfully submitted,

*/s/ Jason D. Smith*
Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar No. 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com,
jsmith@santoronevada.com

Christopher N. Sipes (admitted *pro hac vice*)
Einar Stole (admitted *pro hac vice*)
Michael N. Kennedy (admitted *pro hac vice*)
Megan P. Keane (admitted *pro hac vice*)
Eric R. Sonnenschein (admitted *pro hac vice*)
Alaina M. Whitt (admitted *pro hac vice*)
Han Park (admitted *pro hac vice*)
Jordan L. Moran (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000 / Fax: (202) 662-6291
Email: csipes@cov.com, estole@cov.com,
mkennedy@cov.com, mkeane@cov.com,

*/s/ Constance S. Huttner*
Michael D. Rounds (Nev. Bar No. 4734)
Ryan J. Cudnik (Nev. Bar No. 12948)
BROWNSTEIN HYATT FARBER
SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Tel.: (775) 324-4100 / Fax: (775) 333-8171
Email: mrounds@bhfs.com,
rcudnik@bhfs.com

Constance S. Huttner (admitted *pro hac vice*)
Frank D. Rodriguez (admitted *pro hac vice*)
Caroline Sun (admitted *pro hac vice*)
Beth Finkelstein (admitted *pro hac vice*)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078
Tel: (973) 379-4800 / Fax: (973) 379-7734
Email: chuttner@buddlarner.com,
frodriguez@buddlarner.com,
csun@buddlarner.com,
bfinkelstein@buddlarner.com

| | |
|---|---|
| esonnenschein@cov.com, awhitt@cov.com, hpark@cov.com, jmoran@cov.com | *Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |

*Attorneys for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited*

*/s/ Eimeric Reig-Plessis*
Wayne A. Shaffer (Nev. Bar No. 1519)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, NV 89521
Tel: (775) 322-1170
Email: wshaffer@laxalt-nomura.com

George C. Lombardi (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5969
Email: glombard@winston.com

Charles B. Klein (admitted *pro hac vice*)
Claire A. Fundakowski (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington, D.C. 20006
Tel: (202) 282-5000
Email: cklein@winston.com,
cfundakowski@winston.com

Eimeric Reig-Plessis (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 591-6808
Email: ereigplessis@winston.com

*Attorneys for Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals International Limited*

Dated: April 10, 2019

IT IS SO ORDERED

_____
U.S. District Judge

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2019, I caused true and correct copy of **JOINT MOTION TO REQUEST STATUS CONFERENCE REGARDING TRIAL SCHEDULING** to be filed with the Clerk of the Court using the Court's CM/ECF system, and service was thereby effected electronically on the following counsel of record in this matter:

**Laxalt & Nomura, Ltd.**
    Wayne A. Shaffer    Email: wshaffer@laxalt-nomura.com
**Winston & Strawn LLP**
    George C. Lombardi    Email: glombard@winston.com
    Charles B. Klein    Email: cklein@winston.com
    Claire A. Fundakowski    Email: cfundakowski@winston.com
    Eimeric Reig-Plessis    Email: ereigplessis@winston.com
**Locke Lord LLP**
    Alan B. Clement    Email: aclement@lockelord.com
    Myoka Kim Goodin    Email: mkgoodin@lockelord.com
    Nina Vachhani    Email: nvachhani@lockelord.com
    Jennifer Coronel    Email: jennifer.coronel@lockelord.com

*Attorneys for Defendants Hikma Pharmaceuticals USA, Inc. and Hikma Pharmaceuticals International Limited*

**Brownstein Hyatt Farber Schreck, LLP**
    Michael D. Rounds    Email: mrounds@bhfs.com
    Ryan James Cudnik    Email: rcudnik@bhfs.com
**Budd Larner, P.C.**
    Constance S. Huttner    Email: chuttner@buddlarner.com
    Frank D. Rodriguez    Email: frodriguez@buddlarner.com
    Caroline Sun    Email: csun@buddlarner.com
    Beth Finkelstein    Email: bfinkelstein@buddlarner.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

                      */s/ Rachel Jenkins*
                      An employee of Santoro Whitmire