Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar No. 9691)
**SANTORO WHITMIRE, LTD.**
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel: (702) 948-8771 / Fax: (702) 948-8773
E-mail: nsantoro@santoronevada.com,
jsmith@santoronevada.com

Christopher N. Sipes (admitted *pro hac vice*)
Einar Stole (admitted *pro hac vice*)
Michael N. Kennedy (admitted *pro hac vice*)
Megan P. Keane (admitted *pro hac vice*)
Eric R. Sonnenschein (admitted *pro hac vice*)
Alaina M. Whitt (admitted *pro hac vice*)
Han Park (admitted *pro hac vice*)
Jordan L. Moran (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000 / Fax: (202) 662-6291
E-mail: csipes@cov.com, estole@cov.com,
mkennedy@cov.com, mkeane@cov.com,
esonnenschein@cov.com, awhitt@cov.com,
hpark@cov.com, jmoran@cov.com

*Attorneys for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC., *et al.*,<br><br>Defendants. | CASE NO.: 2:16-cv-02525-MMD-NJK<br><br>(Consolidated with 2:16-cv-02562-MMD-NJK)<br><br>**JOINT MOTION FOR ONE-DAY EXTENSION OF DEADLINE TO SUBMIT JOINT STATUS REPORT** |

Pursuant to the Court's April 17, 2019 Order (ECF No. 203), Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited (collectively, "Amarin"), Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals International Limited (collectively, "Hikma") and Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "DRL") in the above-referenced consolidated action were required to submit a joint status report within seven days of the Court's Order. Since the Court's April 17, 2019 Order, the parties have diligently worked on the conditions under which the parties would be prepared to proceed with the currently scheduled January 13, 2020 trial. The parties are close to an agreement on these conditions, but request additional time to solidify the terms of this agreement. The parties therefore respectfully request a one-day extension—to Thursday, April 25, 2019—of the deadline to submit the Joint Status Report.

DATED: April 24, 2019                                       Respectfully submitted,

| | |
|---|---|
| */s/ Jason D. Smith* | */s/ Constance S. Huttner* |
| Nicholas J. Santoro (Nev. Bar No. 532) | Michael D. Rounds (Nev. Bar No. 4734) |
| Jason D. Smith (Nev. Bar No. 9691) | Ryan J. Cudnik (Nev. Bar No. 12948) |
| SANTORO WHITMIRE, LTD. | BROWNSTEIN HYATT FARBER |
| 10100 W. Charleston Blvd., Suite 250 | SCHRECK, LLP |
| Las Vegas, NV 89135 | 5371 Kietzke Lane |
| Tel: (702) 948-8771 / Fax: (702) 948-8773 | Reno, NV 89511 |
| Email: nsantoro@santoronevada.com, | Tel.: (775) 324-4100 / Fax: (775) 333-8171 |
| jsmith@santoronevada.com | Email: mrounds@bhfs.com, rcudnik@bhfs.com |
| | |
| Christopher N. Sipes (admitted *pro hac vice*) | |
| Einar Stole (admitted *pro hac vice*) | Constance S. Huttner (admitted *pro hac vice*) |
| Michael N. Kennedy (admitted *pro hac vice*) | Frank D. Rodriguez (admitted *pro hac vice*) |
| Megan P. Keane (admitted *pro hac vice*) | Caroline Sun (admitted *pro hac vice*) |
| Eric R. Sonnenschein (admitted *pro hac vice*) | Beth Finkelstein (admitted *pro hac vice*) |
| Alaina M. Whitt (admitted *pro hac vice*) | WINDELS MARX LANE & |
| Han Park (admitted *pro hac vice*) | MITTENDORF, LLP |
| Jordan L. Moran (admitted *pro hac vice*) | 1 Giralda Farms, Suite 100 |
| COVINGTON & BURLING LLP | Madison, NJ 07940 |
| One CityCenter, 850 Tenth Street, NW | Tel: (973) 966-3200 / Fax: (973) 966-3250 |
| Washington, DC 20001 | Email: chuttner@windelsmarx.com, |
| Tel: (202) 662-6000 / Fax: (202) 662-6291 | frodriguez@windelsmarx.com, |
| Email: csipes@cov.com, estole@cov.com, | csun@windelsmarx.com, |
| mkennedy@cov.com, mkeane@cov.com, | bfinkelstein@windelsmarx.com |
| esonnenschein@cov.com, awhitt@cov.com, | |
| hpark@cov.com, jmoran@cov.com | *Attorneys for Defendants Dr. Reddy's* |

| | |
|---|---|
| *Attorneys for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited* | *Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |

/s/ Eimeric Reig-Plessis
Wayne A. Shaffer (Nev. Bar No. 1519)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, NV 89521
Tel: (775) 322-1170
Email: wshaffer@laxalt-nomura.com

George C. Lombardi (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5969
Email: glombard@winston.com

Charles B. Klein (admitted *pro hac vice*)
Claire A. Fundakowski (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington, D.C. 20006
Tel: (202) 282-5000
Email: cklein@winston.com,
cfundakowski@winston.com

Eimeric Reig-Plessis (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 591-6808
Email: ereigplessis@winston.com

*Attorneys for Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals International Limited*

Dated: April 25, 2019

IT IS SO ORDERED.

_____
U.S. District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2019, I caused true and correct copy of **JOINT MOTION TO REQUEST STATUS CONFERENCE REGARDING TRIAL SCHEDULING** to be filed with the Clerk of the Court using the Court's CM/ECF system, and service was thereby effected electronically on the following counsel of record in this matter:

**Laxalt & Nomura, Ltd.**
    Wayne A. Shaffer    Email: wshaffer@laxalt-nomura.com
**Winston & Strawn LLP**
    George C. Lombardi    Email: glombard@winston.com
    Charles B. Klein    Email: cklein@winston.com
    Claire A. Fundakowski    Email: cfundakowski@winston.com
    Eimeric Reig-Plessis    Email: ereigplessis@winston.com
**Locke Lord LLP**
    Alan B. Clement    Email: aclement@lockelord.com
    Myoka Kim Goodin    Email: mkgoodin@lockelord.com
    Nina Vachhani    Email: nvachhani@lockelord.com
    Jennifer Coronel    Email: jennifer.coronel@lockelord.com

*Attorneys for Defendants Hikma Pharmaceuticals USA, Inc. and Hikma Pharmaceuticals International Limited*

**Brownstein Hyatt Farber Schreck, LLP**
    Michael D. Rounds    Email: mrounds@bhfs.com
    Ryan James Cudnik    Email: rcudnik@bhfs.com
**Windels Marx Lane & Mittendorf, LLP**
    Constance S. Huttner    Email: chuttner@ windelsmarx.com
    Frank D. Rodriguez    Email: frodriguez@ windelsmarx.com
    Caroline Sun    Email: csun@windelsmarx.com
    Beth Finkelstein    Email: bfinkelstein@windelsmarx.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

    */s/ Rachel Jenkins*
    An employee of Santoro Whitmire