Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar No. 9691)
**SANTORO WHITMIRE, LTD.**
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel:  (702) 948-8771 / Fax:  (702) 948-8773
E-mail:  nsantoro@santoronevada.com,
jsmith@santoronevada.com

Christopher N. Sipes (admitted *pro hac vice*)
Einar Stole (admitted *pro hac vice*)
Michael N. Kennedy (admitted *pro hac vice*)
Megan P. Keane (admitted *pro hac vice*)
Eric R. Sonnenschein (admitted *pro hac vice*)
Alaina M. Whitt (admitted *pro hac vice*)
Han Park (admitted *pro hac vice*)
Jordan L. Moran (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel:  (202) 662-6000 / Fax:  (202) 662-6291
E-mail:  csipes@cov.com, estole@cov.com,
mkennedy@cov.com, mkeane@cov.com,
esonnenschein@cov.com, awhitt@cov.com,
hpark@cov.com, jmoran@cov.com

*Attorneys for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC., *et al.*,<br><br>Defendants. | CASE NO.: 2:16-cv-02525-MMD-NJK<br><br>(Consolidated with 2:16-cv-02562-MMD-NJK)<br><br>**AMARIN'S NOTICE OF VOLUNTARY WITHDRAWAL OF COMBINED MOTION TO CLARIFY ORDER, OR, IN THE ALTERNATIVE, TO UNSEAL OR RECONSIDER SEALING OF JOINT STATUS REPORT, AND OPPOSITION TO MOTION TO SEAL TRANSCRIPT (ECF No. 218, 220, 222 )** |

Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited (collectively, "Amarin") hereby voluntarily withdraw its Combined Motion to Clarify the Court's Amended Minute Order, or, in the alternative, to Unseal or Reconsider Sealing of Joint Status Report, and Opposition to Motion to Seal Transcript (ECF No. 218, 220, 222).

On May 6, 2019, Amarin requested that the Court clarify the Court's Amended Minute Order (ECF No. 211), which granted Defendants' Motion for Leave to File Joint Status Report Under Seal (ECF No. 207). Alternatively, Amarin requested that the Court unseal the report, or reconsider and deny Defendants' motion to seal. In addition, Amarin opposed Defendants' motion to seal the Transcript of the Status Conference held in this action on April 17, 2019 (ECF No. 215). After Amarin filed its motion, the Court ordered that issues covered by its Amended Minute Order (ECF No. 211) remain under seal and sealed the full transcript of the April 17, 2019 status conference (ECF No. 204) pending the Court's decision on Amarin's pending motions (ECF No. 224).

Following the parties' pending motions, the parties reached a mutual resolution of the issues covered in the motions. Defendants have now acknowledged that Amarin may disclose publicly that Amarin does not expect an at-risk launch of Defendants' proposed ANDA products before the Court issues a decision on the merits in this case, which is expected by March 2020. Amarin may explain the basis for its belief that there will be no at-risk launch by referencing ECF Nos. 193, 197, 203, 207, 208, 212, 213, and/or 215-1. Accordingly, Amarin hereby respectfully withdraws its Combined Motion to Clarify the Court's Amended Minute Order, or, in the alternative, to Unseal or Reconsider Sealing of Joint Status Report, and Opposition to Motion to Seal Transcript (ECF No. 218, 220, 222).

DATED:  May 14, 2019                    Respectfully submitted,

*/s/ Jason D. Smith*
Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar No. 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel: (702) 948-8771 / Fax: (702) 948-8773

Email: nsantoro@santoronevada.com,
jsmith@santoronevada.com

Christopher N. Sipes (admitted *pro hac vice*)
Einar Stole (admitted *pro hac vice*)
Michael N. Kennedy (admitted *pro hac vice)*
Megan P. Keane (admitted *pro hac vice*)
Eric R. Sonnenschein (admitted *pro hac vice*)
Alaina M. Whitt (admitted *pro hac vice*)
Han Park (admitted *pro hac vice*)
Jordan L. Moran (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000 / Fax: (202) 662-6291
Email: csipes@cov.com, estole@cov.com,
mkennedy@cov.com, mkeane@cov.com,
esonnenschein@cov.com, awhitt@cov.com,
hpark@cov.com, jmoran@cov.com

*Attorneys for Plaintiffs Amarin Pharma, Inc.
and Amarin Pharmaceuticals Ireland Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2019, I caused true and correct copy of **AMARIN'S NOTICE OF VOLUNTARY WITHDRAWAL OF COMBINED MOTION TO CLARIFY ORDER, OR, IN THE ALTERNATIVE, TO UNSEAL OR RECONSIDER SEALING OF JOINT STATUS REPORT, AND OPPOSITION TO MOTION TO SEAL TRANSCRIPT (ECF No. 218, 220, 222 )** to be filed with the Clerk of the Court using the Court's CM/ECF system, and service was thereby effected electronically on the following counsel of record in this matter:

**Laxalt & Nomura, Ltd.**
    Wayne A. Shaffer    Email: wshaffer@laxalt-nomura.com
**Winston & Strawn LLP**
    George C. Lombardi    Email: glombard@winston.com
    Charles B. Klein    Email: cklein@winston.com
    Claire A. Fundakowski    Email: cfundakowski@winston.com
    Eimeric Reig-Plessis    Email: ereigplessis@winston.com
**Locke Lord LLP**
    Alan B. Clement    Email: aclement@lockelord.com
    Myoka Kim Goodin    Email: mkgoodin@lockelord.com
    Nina Vachhani    Email: nvachhani@lockelord.com
    Jennifer Coronel    Email: jennifer.coronel@lockelord.com

*Attorneys for Defendants Hikma Pharmaceuticals USA, Inc. and Hikma Pharmaceuticals International Limited*

**Brownstein Hyatt Farber Schreck, LLP**
    Michael D. Rounds    Email: mrounds@bhfs.com
    Ryan James Cudnik    Email: rcudnik@bhfs.com
**Windels Marx Lane & Mittendorf, LLP**
    Constance S. Huttner    Email: chuttner@windelsmarx.com
    Frank D. Rodriguez    Email: frodriguez@windelsmarx.com
    Caroline Sun    Email: csun@windelsmarx.com
    Beth Finkelstein    Email: bfinkelstein@windelsmarx.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

    */s/ Rachel Jenkins*
    An employee of Santoro Whitmire