Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar No. 9691)
**SANTORO WHITMIRE, LTD.**
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
E-mail: nsantoro@santoronevada.com,
jsmith@santoronevada.com

Christopher N. Sipes (admitted *pro hac vice*)
Einar Stole (admitted *pro hac vice*)
Michael N. Kennedy (admitted *pro hac vice*)
Megan P. Keane (admitted *pro hac vice*)
Eric R. Sonnenschein (admitted *pro hac vice*)
Alaina M. Whitt (admitted *pro hac vice*)
Han Park (admitted *pro hac vice*)
Jordan L. Moran (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000 / Fax: (202) 662-6291
E-mail: csipes@cov.com, estole@cov.com,
mkennedy@cov.com, mkeane@cov.com,
esonnenschein@cov.com, awhitt@cov.com,
hpark@cov.com, jmoran@cov.com

*Attorneys for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>  Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC., *et al.*,<br><br>  Defendants. | CASE NO.: 2:16-cv-02525-MMD-NJK<br><br>(Consolidated with 2:16-cv-02562-MMD-NJK)<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME FOR EXPERT DISCOVERY DEADLINE (SECOND REQUEST) AND CLAIM REDUCTION DEADLINE (FIRST REQUEST)** |

Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited (collectively, "Amarin"), Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals International Limited (collectively, "Hikma") and Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (collectively, "DRL") in the above-referenced consolidated action with the Court's consent, hereby stipulate and agree that the Court's September 14, 2018 Order upon the parties' Stipulation and Order for Discovery Plan (ECF No. 146, the "Discovery Plan") and instructions from the April 17, 2019 status hearing (ECF No. 203), shall be modified as set forth below.  The parties agree that good cause exists to modify the existing schedule as the parties are diligently working together to complete expert witness depositions and, due to the coordination of experts' schedules, the existing deadlines require minor extensions to permit the parties to complete the pending discovery in advance of Amarin identifying the nature and extent of the reduction of its claims.  This is the second request made by the parties for a change to the deadline for the completion of expert discovery[1] and the first request made by the parties for the change to the deadline for Amarin to provide notification of the reduction of claims.

I. **Current Status of Discovery**

At present, the parties have conducted a substantial amount of discovery.  The parties have exchanged their Fed. R. Civ. P. 26(a)(1) initial disclosures, in addition to the patent disclosures, document productions, and contentions required under Local Patent Rules 1-6 through 1-10.  The parties have also complied with the claim construction requirements under Local Patent Rules 1-13 through 1-16, and the Court held a claim construction hearing on April 24, 2018.  The parties have also substantially completed document production pursuant to the

---

[1] This is the second stipulated request by the parties to change the date of the completion of expert discovery.  The first request, ECF No. 145, became the Court's Discovery Plan (ECF No. 146).  In addition, Defendant DRL made a request to extend certain discovery deadlines (ECF No. 165), which resulted in the current expert discovery deadline of July 10, 2019 (ECF No. 180).

Discovery Plan (ECF No. 146).  Plaintiffs and Defendants have also each served responses to various written discovery requests, including document requests and interrogatories.

Expert depositions began on June 19 with the depositions of Dr. Preston Mason and Mr. Ivan Hofmann.  Twelve more expert depositions have been scheduled: Mr. Steve Kunin, Dr. Firhaad Ismail, Mr. Nicholas Godici, Mr. Peter Mathers, Dr. Carl Peck, Dr. Jonathan Sheinberg, Dr. Edward Fisher, Dr. Sean Nicholson, Dr. John Kornak, Dr. Peter Toth, Dr. Matthew Budoff, and Dr. Jay Heinecke.  Of the fourteen depositions, the parties were able to schedule all but two—the depositions of Drs. Budoff and Heinecke—before the current July 10 deadline.

As discussed above, while the parties have scheduled all expert depositions in this case, they require a one-week extension of the deadline for completion of expert discovery to accommodate scheduling of two expert depositions due to the coordination of counsel's schedules and the schedules of experts who reside in various locations in the United States. Relatedly, because of this modest extension in the deadline to complete expert depositions, the parties have agreed to a slight extension of the deadline by which Amarin must reduce the number of asserted claims in this case.  As a result, the parties request seven additional days to complete expert discovery and two additional days thereafter for Amarin to identify the reduced number of claims it is asserting in this case (for a total of a nine-day extension of the deadline for Amarin to reduce its asserted claims).

## II.     Agreed-Upon Modifications to the Discovery Plan

The parties respectfully submit that good cause exists to modify the Discovery Plan in this case and apply the agreed-upon dates below.

| Event | Existing Deadline | Proposed Modification |
| --- | --- | --- |
| Close of Expert Discovery | July 10, 2019 | July 17, 2019 |
| Claim Reduction Deadline | July 10, 2019 | July 19, 2019 |

1  All other requirements in the Order (ECF No. 146) and the Court's Order Setting Trial (ECF No. 213) would continue to govern.

DATED:  June 19, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Jason D. Smith* | */s/ Constance S. Huttner* |
| Nicholas J. Santoro (Nev. Bar No. 532) | Michael D. Rounds (Nev. Bar No. 4734) |
| Jason D. Smith (Nev. Bar No. 9691) | Ryan J. Cudnik (Nev. Bar No. 12948) |
| SANTORO WHITMIRE, LTD. | BROWNSTEIN HYATT FARBER SCHRECK, LLP |
| 10100 W. Charleston Blvd., Suite 250 | 5371 Kietzke Lane |
| Las Vegas, NV 89135 | Reno, NV 89511 |
| Tel.: (702) 948-8771 / Fax: (702) 948-8773 | Tel.: (775) 324-4100 / Fax: (775) 333-8171 |
| Email: nsantoro@santoronevada.com, jsmith@santoronevada.com | Email: mrounds@bhfs.com, rcudnik@bhfs.com |
| | |
| Christopher N. Sipes (admitted *pro hac vice*) | |
| Einar Stole (admitted *pro hac vice*) | Constance S. Huttner (admitted *pro hac vice*) |
| Michael N. Kennedy (admitted *pro hac vice*) | Frank D. Rodriguez (admitted *pro hac vice*) |
| Megan P. Keane (admitted *pro hac vice*) | Caroline Sun (admitted *pro hac vice*) |
| Eric R. Sonnenschein (admitted *pro hac vice*) | Beth Finkelstein (admitted *pro hac vice*) |
| Alaina M. Whitt (admitted *pro hac vice*) | WINDELS MARX LANE & MITTENDORF, LLP |
| Han Park (admitted *pro hac vice*) | 1 Giralda Farms, Suite 100 |
| Jordan L. Moran (admitted *pro hac vice*) | Madison, NJ 07940 |
| COVINGTON & BURLING LLP | Tel.: (973) 966-3200 / Fax: (973) 966-3250 |
| One CityCenter, 850 Tenth Street, NW | Email: chuttner@windelsmarx.com, |
| Washington, DC 20001 | frodriguez@windelsmarx.com, |
| Tel.: (202) 662-6000 / Fax: (202) 662-6291 | csun@windelsmarx.com, |
| Email: csipes@cov.com, estole@cov.com, mkennedy@cov.com, mkeane@cov.com, esonnenschein@cov.com, awhitt@cov.com, hpark@cov.com, jmoran@cov.com | bfinkelstein@windelsmarx.com |
| *Attorneys for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited* | *Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.* |

*/s/ Claire A. Fundakowski*
Wayne A. Shaffer (Nev. Bar No. 1519)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, NV 89521
Tel: (775) 322-1170
Email: wshaffer@laxalt-nomura.com

George C. Lombardi (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive

Chicago, IL 60601
Tel: (312) 558-5969
Email: glombard@winston.com

Charles B. Klein (admitted *pro hac vice*)
Claire A. Fundakowski (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington, DC 20006
Tel.: (202) 282-5000
Email: cklein@winston.com,
cfundakowski@winston.com

Eimeric Reig-Plessis (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Tel.: (415) 591-6808
Email: ereigplessis@winston.com

*Attorneys for Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals International Limited*

ITS IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Date:_____

# CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2019, I caused true and correct copy of **JOINT STIPULATION FOR EXTENSION OF TIME FOR EXPERT DISCOVERY DEADLINE (SECOND REQUEST) AND CLAIM REDUCTION DEADLINE (FIRST REQUEST)** to be filed with the Clerk of the Court using the Court's CM/ECF system, and service was thereby effected electronically on the following counsel of record in this matter:

**Laxalt & Nomura, Ltd.**
    Wayne A. Shaffer      Email: wshaffer@laxalt-nomura.com
**Winston & Strawn LLP**
    George C. Lombardi      Email: glombard@winston.com
    Charles B. Klein      Email: cklein@winston.com
    Claire A. Fundakowski      Email: cfundakowski@winston.com
    Eimeric Reig-Plessis      Email: ereigplessis@winston.com
**Locke Lord LLP**
    Alan B. Clement      Email: aclement@lockelord.com
    Myoka Kim Goodin      Email: mkgoodin@lockelord.com
    Nina Vachhani      Email: nvachhani@lockelord.com
    Jennifer Coronel      Email: jennifer.coronel@lockelord.com

*Attorneys for Defendants Hikma Pharmaceuticals USA, Inc. and Hikma Pharmaceuticals International Limited*

**Brownstein Hyatt Farber Schreck, LLP**
    Michael D. Rounds      Email: mrounds@bhfs.com
    Ryan James Cudnik      Email: rcudnik@bhfs.com
**Windels Marx Lane & Mittendorf, LLP**
    Constance S. Huttner      Email: chuttner@ windelsmarx.com
    Frank D. Rodriguez      Email: frodriguez@ windelsmarx.com
    Caroline Sun      Email: csun@windelsmarx.com
    Beth Finkelstein      Email: bfinkelstein@windelsmarx.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

                                                             */s/ Rachel Jenkins*
                                                             An employee of Santoro Whitmire