**INDEX OF EXHIBITS**

**Exhibit 1:** Excerpts from the transcript of the July 17, 2019 deposition of Jay W. Heinecke, M.D.

**Exhibit 2:** Adam Feuerstein, *Amarin Fish oil capsule shows dramatic benefit for cardiovascular patients, potentially upending market*, STAT+ (Sept. 24, 2018)

**Exhibit 3:** John J.P. Kastelein & Erik S.G. Stroes, Editorial, *FISHing for the Miracle of Eicosapentaenoic Acid*, 380 New Eng. J. Med. 89 (2019)

**Exhibit 4:** Anahad O'Connor, *Fish Oil Drug May Prevent Heart Attack and Strokes in High-Risk Patients*, N.Y. Times (Sept. 25, 2018)

**Exhibit 5:** U.S. Patent No. 8,293,728

**Exhibit 6:** March 11, 2019 Opening Expert Report of Jay W. Heinecke, M.D.

**Exhibit 7:** Vascepa® Prescribing Information (2017)

**Exhibit 8:** July 19, 2019 letter from Alaina Whitt to Defendants' Counsel

**Exhibit 9:** Excerpts from May 10, 2019 Rebuttal Expert Report of Jay W. Heinecke, M.D.

**Exhibit 10:** Excerpts from June 7, 2019 Reply Expert Report of Jay W. Heinecke, M.D.