| | |
|---|---|
| W. WEST ALLEN<br>Nevada Bar. No. 5566<br>JONATHAN W. FOUNTAIN<br>Nevada Bar No. 10351<br>HOWARD & HOWARD ATTORNEYS PLLC<br>3800 Howard Hughes Parkway, Suite 1000<br>Las Vegas, Nevada 89169<br>Telephone: (702) 257-1483<br>Facsimile: (702) 567-1568<br>wwa@h2law.com<br>jwf@h2law.com<br><br>CHARLES B. KLEIN (*pro hac vice*)<br>CLAIRE A. FUNDAKOWSKI (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>1700 K Street N.W.<br>Washington, D.C. 20006<br>Telephone: (202) 282-5000<br>cklein@winston.com<br>cfundakowski@winston.com | GEORGE C. LOMBARDI (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, IL 60601<br>Telephone: (312) 558-5969<br>glombard@winston.com<br><br>EIMERIC REIG-PLESSIS (*pro hac vice*)<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-6808<br>ereigplessis@winston.com |

*Attorneys for Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals International Limited*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC. and HIKMA PHARMACEUTICALS INTERNATIONAL LIMITED, et al.,<br><br>Defendants. | CASE NO.: 2:16-cv-02525-MMD-NJK<br><br>Consolidated with<br>2:16-cv-02562-MMD-NJK<br><br>**SUBSTITUTION OF RESIDENT COUNSEL** |

W. West Allen, Esq. of the law firm HOWARD & HOWARD ATTORNEYS, PLLC, is hereby substituted as the designated resident Nevada counsel for the Defendants, HIKMA PHARMACEUTICALS USA INC. and HIKMA PHARMACEUTICALS INTERNATIONAL

LIMITED (collectively, the "Defendants"), in the place of Wayne A. Shaffer of the law firm LAXALT & NOMURA, LTD. in the above-entitled action.

Future correspondence, notices and pleadings concerning the Defendants should include W. West Allen, Esq. of HOWARD & HOWARD ATTORNEYS, PLLC, at 3800 Howard Hughes Parkway, Suite 1000, Las Vegas, Nevada 89169, in addition to the attorneys who previously have been admitted *pro hac vice* for Defendants.

Dated: this 24th day of October, 2019.

HOWARD & HOWARD ATTORNEYS PLLC

W. WEST ALLEN
Nevada Bar. No. 5566
JONATHAN W. FOUNTAIN
Nevada Bar No. 10351
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

Wayne A. Shaffer, Esq. of LAXALT & NOMURA, LTD. hereby agrees and consents to the substitution of W. West Allen, Esq. of HOWARD & HOWARD ATTORNEYS, PLLC as the designated resident Nevada counsel in his place for Defendants, HIKMA PHARMACEUTICALS USA INC. and HIKMA PHARMACEUTICALS INTERNATIONAL LIMITED.

Dated: this 21 day of October, 2019.

LAXALT & NOMURA, LTD.

Wayne A. Shaffer (Nev. Bar No. 1519)
9790 Gateway Drive, Suite 200
Reno, NV 89521
Telephone: (775) 322-1170

HIKMA PHARMACEUTICALS USA INC. and HIKMA PHARMACEUTICALS INTERNATIONAL LIMITED hereby agrees and consents to the substitution of W. West Allen, Esq. of HOWARD & HOWARD ATTORNEYS, PLLC as the designated resident Nevada counsel for HIKMA PHARMACEUTICALS USA INC. and HIKMA PHARMACEUTICALS INTERNATIONAL LIMITED in the place of Wayne A. Shaffer of Laxalt & Nomura, Ltd.

Dated: this 24th day of October, 2019.

HIKMA PHARMACEUTICALS USA INC.
HIKMA PHARMACEUTICALS INTERNATIONAL LIMITED

By: _____

Name: Neema A. Kumar

Title: Senior IP Counsel

**IT IS SO ORDERED:**

Dated: October 28, 2019

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) I hereby certify that I am an employee of HOWARD & HOWARD ATTORNEYS, PLLC, and on this 25th day of October, 2019, I served the document entitled, SUBSTITUTION OF COUNSEL, through the CM/ECF system.

/s/ Solana Louie
An Employee of Howard & Howard Attorneys PLLC