Wayne A. Shaffer (Nev. Bar No. 1519)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, NV 89521
Tel: (775) 322-1170
Email: wshaffer@laxalt-nomura.com

*Attorneys for Defendants Hikma
Pharmaceuticals USA Inc. and Hikma
Pharmaceuticals International Limited*

Michael D. Rounds (Nev. Bar No. 4734)
Ryan J. Cudnik (Nev. Bar No. 12948)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Tel: (775) 324-4100
Email: mrounds@bhfs.com, rcudnik@bhfs.com

*Attorneys for Defendants Dr. Reddy's Laboratories,
Inc. and Dr. Reddy's Laboratories, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>    Plaintiffs,<br><br>    v.<br><br>HIKMA PHARMACEUTICALS USA INC. et al.,<br><br>    Defendants. | CASE NO.: 2:16-cv-02525-MMD-NJK<br><br>Consolidated with<br>2:16-cv-02562-MMD-NJK<br><br>**DEFENDANTS' SUPPLEMENT TO THEIR MOTION FOR LEAVE TO FILE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT AND EXHIBITS UNDER SEAL (ECF NO. 235)** |

Pursuant to the Court's Order (ECF No. 278), Defendants Hikma Pharmaceuticals USA, Inc. and Hikma Pharmaceuticals International Limited (together, "Hikma") and Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd. (together, "DRL") hereby supplement Defendants' Motion for Leave to File Defendants' Motion for Summary Judgment of Noninfringement and Exhibits Under Seal (ECF No. 235).

Defendants sought to seal the entirety of Exhibits 12, 13, 14, 15, and 16 and portions of Defendants' Motion for Summary Judgment of Noninfringement ("Defendants' SJ Motion") that reference these exhibits.  ECF No. 235.  Exhibits 14 and 15 are Hikma's and DRL's proposed ANDA labels, respectively.  Hikma and DRL hereby withdraw their request to seal Exhibits 14 and 15.[1]  The withdrawal of Defendants' request to seal Exhibits 14 and 15 does not affect any of the proposed redactions to Defendants' SJ Motion.

Exhibits 12, 13, and 16 are documents produced by Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited (together, "Amarin") that Amarin designated as Confidential under the Stipulated Discovery Confidentiality Order (ECF No. 69).  Defendants sought to seal these documents, and the portions of Defendants' SJ Motion that correspond to these documents[2], in an abundance of caution pursuant to Amarin's confidentiality designations.  Defendants take no position as to the propriety of Amarin's confidentiality designations for these documents.  Defendants hereby withdraw their request to seal Exhibits 12, 13, 16, and the portions of Defendants' SJ Motion that correspond to these documents.

---

[1] Hikma and DRL reserve the right to later seek to seal any potential revisions to their respective proposed ANDA labels.

[2] The following portions of Defendants' SJ Motion contain proposed redactions that correspond to Exhibits 12, 13, and 16:  p. 5, lines 13-14; p. 7, lines 5-8; p. 21, lines 21-24; and p. 23, lines 8-11.  In order to give Amarin an opportunity to respond to this supplement, Defendants have not publicly filed Exhibits 12, 13, and 16 or a redacted version of Defendants' SJ Motion that eliminates the proposed redactions corresponding with these Exhibits.

DATED: November 7, 2019

Respectfully submitted,

_/s/ Claire A. Fundakowski_
Wayne A. Shaffer (Nev. Bar No. 1519)
LAXALT & NOMURA, LTD.
9790 Gateway Drive, Suite 200
Reno, NV 89521
Tel: (775) 322-1170
Email: wshaffer@laxalt-nomura.com

Charles B. Klein (admitted *pro hac vice*)
Claire A. Fundakowski (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington, D.C. 20006
Tel: (202) 282-5000
Email: cklein@winston.com, cfundakowski@winston.com

George C. Lombardi (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5969
Email: glombard@winston.com

Eimeric Reig-Plessis (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 591-6808
Email: ereigplessis@winston.com

*Attorneys for Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals International Limited*

_/s/ Caroline Sun_
Michael D. Rounds (Nev. Bar No. 4734)
Ryan J. Cudnik (Nev. Bar No. 12948)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Tel: (775) 324-4100
Email: mrounds@bhfs.com, rcudnik@bhfs.com

Constance S. Huttner (admitted *pro hac vice*)
Frank D. Rodriguez (admitted *pro hac vice*)
James Barabas (admitted pro hac vice)
Caroline Sun (admitted *pro hac vice*)
Beth Finkelstein (admitted *pro hac vice*)
WINDELS MARX LANE & MITTENDORF, LLP
1 Giralda Farms, Suite 100
Madison, NJ 07940
Tel: (973) 966-3200
Email: chuttner@windelsmarx.com, frodriguez@windelsmarx.com, jbarabas@windelsmarx.com, csun@windelsmarx.com, bfinkelstein@windelsmarx.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 7th day of November, 2019, I served the document entitled, **DEFENDANTS' SUPPLEMENT TO THEIR MOTION FOR LEAVE TO FILE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT AND EXHIBITS UNDER SEAL (ECF NO. 235)**, on counsel of record through the CM/ECF system.

   /s/  *Jeff Tillison*
Employee of Brownstein Hyatt Farber
Schreck, LLP