# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMARIN PHARMA, INC., et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC., et al.,<br><br>    Defendant(s). | Case No.: 2:16-cv-02525-MMD-NJK<br><br>**ORDER**<br><br>(Docket No. 287) |

Pending before the Court is the parties' request for an exception to the attendance requirement for the December 16, 2019, settlement conference in this case. Docket No. 287. The parties submit that there are twenty-six counsel of record and that requiring them all to be present "would impose a significant burden on the [p]arties and is not likely to advance the settlement discussions." *Id.* at 2. The parties further submit that if the Court grants their request:

- Each party would "have multiple counsel of record present, as well as a fully authorized corporate representative";
- "Counsel present at the settlement conference [would] either be lead counsel or otherwise have full knowledge of the case"; and
- No party would "rely on the absence of any counsel of record as a reason to refuse or delay making or responding to any settlement offers."

*Id.* The Court **GRANTS** the parties' request based on the parties' noted assurances. Docket No. 287. All other requirements outlined in the Court's order at Docket No. 284 remain in effect.

IT IS SO ORDERED.

Dated: November 15, 2019

                                                               Nancy J. Koppe
                                                               United States Magistrate Judge