W. WEST ALLEN
Nevada Bar. No. 5566
JONATHAN W. FOUNTAIN
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568
wwa@h2law.com
jwf@h2law.com

CHARLES B. KLEIN (*pro hac vice*)
CLAIRE A. FUNDAKOWSKI (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington, D.C. 20006
Telephone: (202) 282-5000
cklein@winston.com
cfundakowski@winston.com

GEORGE C. LOMBARDI (*pro hac vice*)
ALISON M. HEYDORN (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5969
glombard@winston.com
aheydorn@winston.com

EIMERIC REIG-PLESSIS (*pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-6808
ereigplessis@winston.com

*Attorneys for Defendants Hikma*
*Pharmaceuticals USA Inc. and Hikma*
*Pharmaceuticals International Limited*

**HOWARD & HOWARD ATTORNEYS PLLC**

## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED, | CASE NO.: 2:16-cv-02525-MMD-NJK |
| Plaintiffs, | Consolidated with 2:16-cv-02562-MMD-NJK |
| v. | **DEFENDANTS' NOTICE OF WITHDRAWAL OF FORMER COUNSEL, REQUEST FOR LEAVE TO WITHDRAW AND REMOVE FORMER COUNSEL NAMES FROM CM/ECF SYSTEM SERVICE LIST, AND PROPOSED ORDER** |
| HIKMA PHARMACEUTICALS USA INC. and HIKMA PHARMACEUTICALS INTERNATIONAL LIMITED, et al., | |
| Defendants. | |

**TO ALL CLERKS OF THIS COURT AND ALL PARTIES OF RECORD:**

Defendants, Hikma Pharmaceuticals USA, Inc. and Hikma Pharmaceuticals International Limited (collectively "Hikma"), by and through their undersigned counsel of record, hereby file this Notice of Withdrawal of Counsel and request leave of Court to withdraw former counsel and to remove attorneys' names and affiliated emails addresses from the Court's CM/ECF System Service List for those attorneys who no longer actively represent any party in the above-entitled action.

Pursuant to LR IA 11-6, the withdrawal of former counsel will not result in delay of discovery, the trial, or any hearing in the case.  The withdrawing attorneys no longer serve as legal counsel for Hikma in the above-reference matter and therefore do not require service of court filings and notices in this case.  This change reflects the current status of the active counsel who represent Hikma at this time, and is done for convenience of the Court, the parties, and all counsel who previously have made appearances in this action.

The following attorneys are hereby withdrawn as counsel of record for the Hikma parties and shall be removed, along with any affiliated email addresses, from the Court's CM/ECF System Service List in the above-entitled case:

| NAME | E-MAIL ADDRESS |
|------|----------------|
| Alan Clement | aclement@lockelord.com |
| Jennifer Marie Coronel | jennifer.coronel@lockelord.com |
| Myoka Kim Goodin | mkgoodin@lockelord.com |
| | Oscar.Douglas-Brown@lockelord.com |
| | dbecker@lockelord.com |
| Nina Vachhani | nvachhani@lockelord.com |
| Justin Bustos | JBustos@dickinsonwright.com |
| | RN_litdocket@dickinson-wright.com |
| | cgrinstead@dickinsonwright.com |

/ / /

/ / /

HOWARD & HOWARD ATTORNEYS PLLC

All other counsel and law firms of record that have appeared on behalf of the Hikma parties shall continue to represent Hikma in this matter.

Dated: this 10th day of January, 2020.

HOWARD & HOWARD ATTORNEYS PLLC


/s/ W. West Allen
W. WEST ALLEN
Nevada Bar. No. 5566
JONATHAN W. FOUNTAIN
Nevada Bar No. 10351
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Facsimile: (702) 567-1568


**IT IS SO ORDERED:**


_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

DATED: _____

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b) I hereby certify that I am an employee of HOWARD & HOWARD ATTORNEYS, PLLC, and on this 10th day of January, 2020, I served the document entitled, SUBSTITUTION OF COUNSEL, through the CM/ECF system.

/s/ Solana Louie
An Employee of Howard & Howard Attorneys PLLC

HOWARD & HOWARD ATTORNEYS PLLC