W. West Allen (Nev. Bar No. 5566)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Tel: (702) 257-1483
Email: wwa@h2law.com

*Attorneys for Defendants Hikma*
*Pharmaceuticals USA Inc. and Hikma*
*Pharmaceuticals International Limited*

Michael D. Rounds (Nev. Bar No. 4734)
Ryan J. Cudnik (Nev. Bar No. 12948)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Tel: (775) 324-4100
Email: mrounds@bhfs.com, rcudnik@bhfs.com

*Attorneys for Defendants Dr. Reddy's Laboratories,*
*Inc. and Dr. Reddy's Laboratories, Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>    Plaintiffs,<br><br>    vs.<br><br>HIKMA PHARMACEUTICALS USA INC. et al.,<br><br>    Defendants. | Case No. 2:16-cv-02525- MMD-NJK<br><br>(Consolidated with 2:16-cv-02562-MMD-NJK)<br><br>**APPENDIX OF DDX NUMBERS AND CORRESPONDING DX EXHIBIT NUMBERS USED IN THE CROSS EXAMINATION OF STEVE KETCHUM, Ph.D.** |

**Ketchum Cross Demonstrative Key**

| DDX Slide Number | DX Number & Page |
|---|---|
| DDX2.1 | DX 1809-000009 |
| DDX2.2 | DX 1809-000009 |

1

| DDX Slide Number | DX Number & Page |
|---|---|
| DDX2.3 | DX 1809-000012 |
| DDX2.4 | DX 1809-000012 |
| DDX2.5 | DX 2255-000001 |
| DDX2.6 | DX 2255-000001 |
| DDX2.7 | DX 2255-000001 |
| DDX2.8 | ECF No. 331 |
| DDX2.9 | DX 1814 |
| DDX2.10 | DX 1814-000002 |
| DDX2.11 | DX 1814-000002 |
| DDX2.12 | DX 1814-000002 |
| DDX2.13 | DX 1814-000002 |
| DDX2.14 | DX 1814-000002 |
| DDX2.15 | DX 1814-000007 |
| DDX2.16 | DX 1814-000010 |
| DDX2.17 | DX 1814-000010 |
| DDX2.18 | DX 1814-000010 |
| DDX2.19 | DX 1814-000010 |
| DDX2.20 | DX 1814-000010 |
| DDX2.21 | DX 1829; DX 2241 |
| DDX2.22 | DX 1829; DX 2241 |
| DDX2.23 | DX 1829-000004 |
| DDX2.24 | DX 1829-000004-5 |
| DDX2.25 | DX 1829-000004-5 |
| DDX2.26 | DX 1829-000004-5 |
| DDX2.27 | DX 1829-000005 |
| DDX2.28 | DX 1829-000006 |
| DDX2.29 | DX 1829-000006, 7 |
| DDX2.30 | DX 1829-000007 |
| DDX2.31 | DX 1538-000001 |
| DDX2.32 | DX 1538-000001, 3 |
| DDX2.33 | DX 1829-000011 |
| DDX2.34 | DX 1829-000011 |
| DDX2.35 | DX 1829-000006, 7 |
| DDX2.36 | DX 1829-000006 |
| DDX2.37 | DX 1829-000010 |
| DDX2.38 | DX 1829-000010 |
| DDX2.39 | Demonstrative on DX 1814, DX 1829, DX 2241 |
| DDX2.40 | ECF No. 327 |
| DDX2.41 | DX 1800 |

| DDX Slide Number | DX Number & Page |
|---|---|
| DDX2.42 | DX 1800-000003 |
| DDX2.43 | DX 1800-000010 |
| DDX2.44 | DX 1800-000012 |
| DDX2.45 | DX 1800-000013 |
| DDX2.46 | DX 2104-000001 |
| DDX2.47 | DX 2104-000013 |
| DDX2.48 | DX 2104-000001 |
| DDX2.49 | DX 2104-000009 |
| DDX2.50 | DX 2104-000009 |
| DDX2.51 | DX 2104-000009 |
| DDX2.52 | DX 1816-000001 |
| DDX2.53 | DX 1816-000080 |
| DDX2.54 | DX 1816-000081 |
| DDX2.55 | DX 1816-000083 |
| DDX2.56 | DX 1816-000085 |
| DDX2.57 | DX 1837; DX 1836 |
| DDX2.58 | DX 1836-000006 |
| DDX2.59 | DX 1558-000004, 5 |
| DDX2.60 | DX 1558-000001 |
| DDX2.61 | DX 1836-000070 |
| DDX2.62 | DX 1836-000070 |
| DDX2.63 | DX 1836-000071 |
| DDX2.64 | DX 1836-000071 |
| DDX2.65 | DX 1836-000071 |
| DDX2.66 | DX 1836-000071 |
| DDX2.67 | DX 1836-000071 |
| DDX2.68 | DX 1836-000072 |
| DDX2.69 | DX 1836-000073 |
| DDX2.70 | DX 1836-000080 |
| DDX2.71 | DX 1836-000081 |
| DDX2.72 | DX 1836-000081 |
| DDX2.73 | DX 1838-000001 |
| DDX2.74 | DX 1838-000008 |
| DDX2.75 | DX 1838-000009 |
| DDX2.76 | DX 2252-000001 |
| DDX2.77 | DX 2252-000009 |
| DDX2.78 | DX 2252-000062 |
| DDX2.79 | DX 2252-000062 |
| DDX2.80 | DX 2252-000063 |

| DDX Slide Number | DX Number & Page |
|---|---|
| DDX2.81 | DX 2226-000001 |
| DDX2.82 | DX 2226-000006 |
| DDX2.83 | DX 2235 |
| DDX2.84 | DX 2235-000070 |
| DDX2.85 | DX 2247-000001; DX 2248-000001 |
| DDX2.86 | DX 2247-000004; DX 2248-000004 |
| DDX2.87 | DX 2267 |
| DDX2.88 | Summary Exhibit DX 2299 |

Dated this 15th day of January, 2020.　　　　Respectfully submitted,

/s/ Claire A. Fundakowski
W. West Allen (Nev. Bar No. 5566)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Tel: (702) 257-1483
Email: wwa@h2law.com

George C. Lombardi (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5969
Email: glombard@winston.com

Charles B. Klein (admitted *pro hac vice*)
Claire A. Fundakowski (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington, D.C. 20006
Tel: (202) 282-5000
Email: cklein@winston.com,
cfundakowski@winston.com

Eimeric Reig-Plessis (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 591-6808
Email: ereigplessis@winston.com

*Attorneys for Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals International Limited*

/s/ Michael D. Rounds
Michael D. Rounds (Nev. Bar No. 4734)
Ryan J. Cudnik (Nev. Bar No. 12948)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Tel: (775) 324-4100
Email: mrounds@bhfs.com,
rcudnik@bhfs.com

Constance S. Huttner (admitted *pro hac vice*)
Frank D. Rodriguez (admitted *pro hac vice*)
James Barabas (admitted pro hac vice)
Caroline Sun (admitted *pro hac vice*)
Beth Finkelstein (admitted *pro hac vice*)
WINDELS MARX LANE & MITTENDORF, LLP
1 Giralda Farms, Suite 100
Madison, NJ 07940
Tel: (973) 966-3200
Email: chuttner@windelsmarx.com,
frodriguez@windelsmarx.com,
jbarabas@windelsmarx.com,
csun@windelsmarx.com,
bfinkelstein@windelsmarx.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

## CERTIFICATE OF SERVICE

     Pursuant to FRCP 5(b), I hereby certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that on the 15th day of January, 2020, I served the document entitled, **APPENDIX OF DDX NUMBERS AND CORRESPONDING DX EXHIBIT NUMBERS USED IN THE CROSS EXAMINATION OF STEVE KETCHUM, Ph.D.**, on counsel of record through the CM/ECF system.

                                               /s/ Jeff Tillison
                                               Employee of Brownstein Hyatt Farber Schreck, LLP