UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

AMARIN PHARMA INC.,

                Plaintiffs,

VS.

HIKMA PHARMACEUTICALS AND DR. REDDY'S LABORATORIES (DRL),

                Defendants,

2:16-CV-2525-MMD-NJK

MINUTES OF PROCEEDINGS

DATED:   January 15, 2020

PRESENT:

THE HONORABLE **MIRANDA M. DU, U.S. DISTRICT JUDGE**

DEPUTY CLERK: PEGGIE VANNOZZI   COURT REPORTER:  KATHY FRENCH

| COUNSEL FOR PLAINTIFFS: | Megan Keane, Christopher Sipes, Michael Kennedy, Jeffrey Ellikan, Alaina Whitt, Han Park, Daniel Farnolly, Eric Sonnenschein |
|---|---|
| COUNSEL FOR DEFENDANT HIKMA: | Charles Klein, Eimeric Reig-Plessis, W. West Allen, Clair Fundakowski, Allison Heydorn |
| COUNSEL FOR DEFENDANT DRL: | Constance Huttner, Michael Rounds, James Barabas |

IN COURT PROCEEDINGS:  Bench trial, day 3

Proceedings begin at 8:33 AM.  Also present for Amarin: Joseph Kennedy as corporate representative, Barbara Kurys as patent counsel and Litigation Support Technician David Brooks.  Also present for Defendants: Neema Kumar as corporate representative for Hikma, Andrew Allen and Deeph Jain as corporate representatives for DR and Litigation Support Technician Stephen Gros.

Mr. Reig resumes direct examination of **Jonathan Scheinberg**.  Defendant's exhibit 1986 is marked and admitted.  Ms. Keane conducts cross examination.  Defendant's exhibit 1697 is marked.  The witness is excused.

Recess:  10:28 AM – 10:48 AM.

Ms. Heydorn addresses the Court to present the thumb drive containing deposition designations.  The following exhibits used in the depositions are admitted:  1733, 1734, 1735, 1736, 1737, 1738, 1739, 1740, 1741, 1742, 1743, 1745, 1747, 1750, 1793, 1797, 1853, 1854, 1855, 1856, 1857, 1859, 1860, 1861, 1862, 1881, 1882, 1883, 1884, 1885, 1886, 1887, 1888, 1889 and 1890.

Mr. Reig advises the Court that Defendants will now proceed with the obviousness portion of the case.

**Jay Walter Heineke** is sworn to testify. Mr. Reig examines the witness.  Defendants' exhibit 2222 is marked and admitted.  The witness is qualified as an expert in the area of lipoprotein metabolism and lipid disorders.  Defendants' exhibit 1546, 1524, 1588 and 1589 are marked and admitted.

Recess: 12:32 PM – 1:23 PM.

Direct examination of **Jay Heineke** resumes.  Defendants' exhibits 1605, 1587, 1581, 1641, and 2001 are marked and admitted.

Recess:  2:35 PM – 2:54 PM.

Mr. Sipes conducts cross examination of **Jay Heineke**.  Defendants' exhibit 1604 is marked and admitted.  Mr. Reig conducts redirect examination.  The witness is excused.

The Court and counsel discuss the schedule.  Ms. Huttner announces the names of the witnesses who will testify on Friday.

The bench trial is continued to Friday, January 17, 2020 at 8:30 AM.

Recess: 5:00 PM.

       **DEBRA K. KEMPI, CLERK**
       U.S. District Court
       By: Peggie Vannozzi
       Deputy Clerk