W. West Allen
Nevada Bar No. 5566
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com

*Attorneys for Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals International Limited*

Michael D. Rounds
Nevada Bar No. 4734
Ryan J. Cudnik
Nevada Bar No. 12948)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Email: mrounds@bhfs.com
       rcudnik@bhfs.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>HIKMA PHARMACEUTICALS USA, INC. and HIKMA PHARMACEUTICALS INTERNATIONAL LIMITED,<br><br>Defendants. | Case No. 2:16-cv-02525- MMD-NJK<br><br>(Consolidated with 2:16-cv-02562-MMD-NJK)<br><br>**DEFENDANTS' SUPPLEMENT TO FILED EXHIBIT LIST** |

Attached hereto as Exhibit A is Defendants' Supplement to Filed Exhibit List.

DATED:  January 28, 2020

Respectfully submitted,

 /s/  Claire A. Fundakowski
W. West Allen (Nev. Bar No. 5566)
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, NV 89169
Tel: (702) 257-1483
Email: wwa@h2law.com

George C. Lombardi (admitted *pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5969
Email: glombard@winston.com

Charles B. Klein (admitted *pro hac vice*)
Claire A. Fundakowski (admitted *pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street N.W.
Washington, D.C. 20006
Tel: (202) 282-5000
Email: cklein@winston.com,
         cfundakowski@winston.com

Eimeric Reig-Plessis (admitted *pro hac vice*)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Tel: (415) 591-6808
Email: ereigplessis@winston.com

*Attorneys for Defendants Hikma Pharmaceuticals USA Inc. and Hikma Pharmaceuticals International Limited*

 /s/   Michael D. Rounds
Michael D. Rounds (Nev. Bar No. 4734)
Ryan J. Cudnik (Nev. Bar No. 12948)
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5371 Kietzke Lane
Reno, NV 89511
Tel.: (775) 324-4100 / Fax: (775) 333-8171
Email: mrounds@bhfs.com,
         rcudnik@bhfs.com

Constance S. Huttner (admitted *pro hac vice*)
Frank D. Rodriguez (admitted *pro hac vice*)
James Barabas (admitted *pro hac vice*)
Caroline Sun (admitted *pro hac vice*)
Beth Finkelstein (admitted *pro hac vice*)
WINDELS MARX LANE & MITTENDORF, LLP
1 Giralda Farms, Suite 100
Madison, NJ 07940
Tel: (973) 966-3200 / Fax: (973) 966-3250
Email: chuttner@windelsmarx.com,
         frodriguez@windelsmarx.com
         jbarabas@windelsmarx.com,
         csun@windelsmarx.com,
         bfinkelstein@windelsmarx.com

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

# **CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b) and Section IV of the District of Nevada Electronic Filing Procedures, I hereby certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 28th day of January, 2020, I served the document entitled, **DEFENDANTS' SUPPLEMENT TO FILED EXHIBIT LIST**, on counsel of record through the CM/ECF system.

    /s/    Jeff Tillison
Employee of Brownstein Hyatt Farber Schreck, LLP