# Exhibit A

Defendants' Supplement to Filed Exhibit List

DEFENDANTS' SUPPLEMENT TO FILED EXHIBIT LIST

Case #   **2:16-cv-02525-MMD-NJK**
Caption: <u>Amarin Pharma, Inc. v. Hikma Pharmaceuticals USA, Inc., et al.</u>

**Exhibits for**: Defendants Hikma Pharmaceuticals USA, Inc.; Hikma Pharmaceuticals International Limited; Dr. Reddy's Laboratories, Inc.; and Dr. Reddy's Laboratories, Ltd.

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 3000 | | Amarin Open Payment Database (2018) |
| | | 3001 | | Amarin Open Payment Database (2017) |
| | | 3002 | | Amarin Open Payment Database (2016) |
| | | 3003 | | Amarin Open Payment Database (2015) |
| | | 3004 | | Amarin Open Payment Database (2014) |
| | | 3005 | | Amarin Open Payment Database (2013) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 3006 | | Toth Compensation Summary Exhibit |
| | | 3007 | | Lipitor Label 2007 |
| | | 3008 | | Toth 2014 Article |
| | | 3009 | | Endocrinology Advisor_Article_2018_Toth Comments |
| | | 3010 | | Prevalence of US adults with TGs_2019 |
| | | 3011 | | High TGS are Associated Toth 2018 |
| | | 3012 | | P739 TGs 150 and above associated with an increased risk Toth |
| | | 3013 | | HTG in statin treated US adults Toth |
| | | 3014 | | HTG is associated with increased risk |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | | | Toth |
| | | 3015 | | Long-term statin persistence Toth |
| | | 3016 | | Crestor 2007 label |
| | | 3017 | | OpenPayment Steps |
| | | 3018 | | Audits and Penalties CMS |
| | | 3019 | | Efficacy and Safety of a New HMG-CoA Reductase Inhibitor |
| | | 3020 | | Toth-Drug Treatment of Hyperlipidaemia |