Adam Hosmer-Henner (Nev. Bar No. 12779)
Chelsea Latino (Nev. Bar No. 14227)
**MCDONALD CARANO LLP**
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Tel.: (775) 788-2000 / Fax: (775) 788-2020
E-mail: ahosmerhenner@mcdonaldcarano.com;
clatino@mcdonaldcarano.com

Christopher N. Sipes (admitted *pro hac vice*)
Jeffrey B. Elikan (admitted *pro hac vice*)
Einar Stole (admitted *pro hac vice*)
Michael N. Kennedy (admitted *pro hac vice*)
Megan P. Keane (admitted *pro hac vice*)
Eric R. Sonnenschein (admitted *pro hac vice*)
Alaina M. Whitt (admitted *pro hac vice*)
Han Park (admitted *pro hac vice*)
Jordan L. Moran (admitted *pro hac vice*)
Daniel J. Farnoly (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000 / Fax: (202) 662-6291
E-mail: csipes@cov.com, jelikan@cov.com,
estole@cov.com, mkennedy@cov.com,
mkeane@cov.com, esonnenschein@cov.com,
awhitt@cov.com, hpark@cov.com,
jmoran@cov.com, dfarnoly@cov.com

Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar No. 9691)
**SANTORO WHITMIRE, LTD.**
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel: (702) 948-8771 / Fax: (702) 948-8773
E-mail: nsantoro@santoronevada.com,
jsmith@santoronevada.com

*Attorneys for Plaintiffs Amarin Pharma, Inc.
and Amarin Pharmaceuticals Ireland Limited*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>HIKMA PHARMACEUTICALS USA INC., *et al.*,<br><br>Defendants. | CASE NO.: 2:16-cv-02525-MMD-NJK<br><br>(Consolidated with 2:16-cv-02562-MMD-NJK)<br><br>**PLAINTIFFS' NOTICE OF CORRECTED FILING (ECF No. 374)** |

Plaintiffs Amarin Pharma Inc. and Amarin Pharmaceuticals Ireland Limited (collectively, "Plaintiffs") hereby notify this Court that Plaintiffs recently discovered errors in the Table of

Authorities in Plaintiffs' Post-Trial Proposed Findings of Fact and Conclusions of Law (ECF No. 374). A corrected version of Plaintiffs' Post-Trial Proposed Findings of Fact and Conclusions of Law, which solely corrects the Table of Authorities, is attached to this Notice as Exhibit A. Plaintiffs have contacted Defendants regarding this issue, and Defendants do not object to this corrected filing. Plaintiffs therefore ask this Court to accept this Notice of Corrected Filing and the attached Plaintiffs' Corrected Post-Trial Proposed Findings of Fact and Conclusions of Law.

DATED: February 27, 2020

McDONALD CARANO LLP

*/s/ Adam Hosmer-Henner*
Adam Hosmer-Henner (Nev. Bar No. 12779)
Chelsea Latino (Nev, Bar No. 14227)
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Tel.: (775) 788-2000 / Fax: (775) 788-2020
E-mail: ahosmerhenner@mcdonaldcarano.com;
clatino@mcdonaldcarano.com

Christopher N. Sipes (admitted *pro hac vice*)
Jeffrey B. Elikan (admitted *pro hac vice*)
Einar Stole (admitted *pro hac vice*)
Michael N. Kennedy (admitted *pro hac vice)*
Megan P. Keane (admitted *pro hac vice*)
Eric R. Sonnenschein (admitted *pro hac vice*)
Alaina M. Whitt (admitted *pro hac vice*)
Han Park (admitted *pro hac vice*)
Jordan L. Moran (admitted *pro hac vice*)
Daniel J. Farnoly (admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
Tel: (202) 662-6000 / Fax: (202) 662-6291
Email: csipes@cov.com, jelikan@cov.com,
estole@cov.com, mkennedy@cov.com,
mkeane@cov.com, esonnenschein@cov.com,
awhitt@cov.com, hpark@cov.com,
jmoran@cov.com, dfarnoly@cov.com

Nicholas J. Santoro (Nev. Bar No. 532)
Jason D. Smith (Nev. Bar No. 9691)
SANTORO WHITMIRE, LTD.
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135
Tel: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com,
jsmith@santoronevada.com

*Attorneys for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of McDonald Carano LLP and that on February 27, 2020, I electronically filed the foregoing **PLAINTIFFS' NOTICE OF CORRECTED FILING (ECF No. 374)** with the Clerk of the Court using the Court's CM/ECF system, which electronically served the attorneys of record set forth below.

| | |
|---|---|
| Constance S. Huttner, Esq.<br>Frank D. Rodriguez, Esq.<br>Caroline Sun, Esq.<br>Beth Finkelstein, Esq.<br>James Barabas, Esq.<br>**WINDELS MARX LANE & MITTENDORF, LLP**<br>chuttner@windelsmarx.com,<br>frodriguez@windelsmarx.com,<br>csun@windelsmarx.com,<br>bfinkelstein@windelsmarx.com,<br>jbarabas@windelsmarx.com | Michael D. Rounds, Esq.<br>Ryan James Cudnik, Esq.<br>**BROWNSTEIN HYATT FARBER SCHRECK, LLP**<br>mrounds@bhfs.com<br>rcudnik@bhfs.com |

*Attorneys for Defendants Dr. Reddy's Laboratories, Inc. and Dr. Reddy's Laboratories, Ltd.*

| | |
|---|---|
| George C. Lombardi, Esq.<br>Charles B. Klein, Esq.<br>Claire A. Fundakowski, Esq.<br>Eimeric Reig-Plessis, Esq.<br>Alison M. Heydorn, Esq.<br>**WINSTON & STRAWN LLP**<br>glombardi@winston.com,<br>cklein@winston.com,<br>cfundakowski@winston.com,<br>ereigplessis@winston.com<br>aheydorn@winston.com | W. West Allen, Esq.<br>**HOWARD & HOWARD ATTORNEYS, PLLC**<br>wwa@h2law.com |

*Attorneys for Defendants Hikma Pharmaceuticals USA, Inc. and Hikma Pharmaceuticals International Limited*

DATED this 27th day of February, 2020.

                                           */s/ Brian Grubb*
                                         An Employee of McDonald Carano LLP