AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

AMRIN PHARMA, INC., *et al.*,

        Plaintiffs,

v.

HIKMA PHARMACEUTICALS USA, INC., *et al.*,

        Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 2:16-cv-2525-MMD-NJK

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' proposed ANDA Products will induce infringement of the Asserted Claims, but all the Asserted Claims are invalid as obvious under 35 U.S.C. § 103. Thus, the Court finds in favor of Defendants on Plaintiff's remaining infringement claim, and in their favor on their counterclaims asserting the invalidity of the Asserted Claims under 35 U.S.C. § 103.

    **IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Defendants on Plaintiffs' claim and on Defendants' counterclaims, and this case is closed.

Date: March 30, 2020

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*