# INDEX OF EXHIBITS

**Exhibit A:**   Email from Avi Silberberg, Esq. to Amarin's CEO, John Thero, requesting that Amarin seek Rule 60 relief, dated November 9, 2020 (Sender and Reciept's email addresses have been redacted)

**Exhibit B:**   Yahoo Finance screenshot showing the collapse of Amarin's stock price in the immediate aftermath of the Judgment, dated March 31, 2020

**Exhibit C:**   True Excerpts from the Amicus Brief filed by the Aimed Alliance in support of Amarin's Petition for Certiorari to the United States Supreme Court, dated March 4, 2021