# Exhibit A

Email from Avi Silberberg, Esq. to Amarin's CEO, John Thero, requesting that Amarin seek Rule 60 relief, dated November 9, 2020. (The Sender and Reciept's email addresses have been redacted)


 

## Please file Rule 60 Motion ASAP

**Avi Silberberg**
To: John Thero

Mon, Nov 9, 2020 at 3:28 PM

Mr. Thero,

I appreciate your confidence during the last conference call, however it is obvious that wall street does not share your confidence.

I have recommended in the past to find a way to introduce Dr. Bhatt's paper to the court, since we have nothing to lose and if its accepted it would reverse the ruling drastically since the prima facie case of obviousness would no longer be true.

But you have relented so far.

**Can you please reconsider** and file a Rule 60 Motion to Vacate the Judgment, based on "mistake" using Dr. Bhatt's paper. Additionally you can the motion can be based on grounds of "fraud" in regard to the cropped table generics used.

If you file it now in front of Judge Du, you will be able to appeal this issue to the S.C. together with the rest of the appeal issues. If you do not file the Rule 60 motion now, you will be precluded from appealing it, together with the S.C. appeal.

Please reconsider and file the motion now. WE HAVE NOTHING TO LOSE!!!
Dr. Bhatt is very credible. Your entire drug profile is based on his studies. It is a shame to lose the rights to this wonderful drug that even opens the arteries.

Additionally, please file the injunction against the generics to stop their launch based on the case law. Again you have nothing to lose, waiting for more infringement won't make a difference after the Teva case. The over 500 trig population isn't substantial indication and hence is a ruse to use a back door to steal vascepa.

Please let me know if you will file the rule 60 Motion and file an injunction. Not doing anything is wrong and could be actionable.

Thank you,
Avi Silberberg

1