# Exhibit B

Yahoo Finance screenshot showing the collapse of Amarin's stock price in the immediate aftermath of the Judgment, dated March 31, 2020

# Amarin Corporation plc (AMRN)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist

**4.0000** -9.5800 (-70.54%)
At close: March 31 4:00PM EDT

**4.06** +0.06 (1.50%)
Pre-Market: 7:06AM EDT

Buy

| Summary | Chart | Conversations | Statistics | Historical Data | Profile | Financials | Analysis | Options | Holders | Sustainability |

| | |
|---|---|
| Previous Close | 13.5800 |
| Open | 4.1900 |
| Bid | 4.03 x 29 |
| Ask | 4.05 x 388 |
| Day's Range | 3.9500 - 4.3600 |
| 52 Week Range | 3.9500 - 26.1200 |
| Volume | 113,742,504 |
| Avg. Volume | 10,143,141 |

| | |
|---|---|
| Market Cap | 1.445B |
| Beta (5Y Monthly) | 1.28 |
| PE Ratio (TTM) | N/A |
| EPS (TTM) | -0.0700 |
| Earnings Date | Apr 30, 2020 - May 07, 2020 |
| Forward Dividend & Yield | N/A (N/A) |
| Ex-Dividend Date | N/A |
| 1y Target Est | 21.09 |

1D  5D  1M  6M  YTD  1Y  5Y  Max   ↗ Full screen



10 AM   12 PM   02 PM   04 PM

15.00
13.58
10.667
6.333
3.99
2.00

Trade prices are not sourced from all markets

1