Jakub Medrala, Esq. (Nev. Bar No. 12822)
**THE MEDRALA LAW FIRM, PLLC**
1091 South Cimarron Road - Suite A-1
Las Vegas, NV 89145
Tel: (702) 475-8884
Fax: (702) 938-8625
E-mail: jmedrala@medralalaw.com

Michael S. Kasanoff, Esq. (*pro hac vice* pending - attorney has complied with LR IA 11-2)
**MICHAEL S. KASANOFF, LLC**
9 Stillwell Street
Matawan, NJ 07747
Tel: (908) 902-5900
Fax: (732) 741-7528
E-mail: mkasanoff@att.net

*Attorneys for Intervenor EPA Drug Initiative II ("EPADI II")*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMARIN PHARMA, INC., *et. al.*, | Case No.: 2:16-cv-02525-MMD-NJK |
| Plaintiffs, | |
| v. | (Consolidated with 2:16-cv-02562-MMD-NJK) |
| HIKMA PHARMACEUTICALS USA, INC., *et. al.*, | **DECLARATION OF MICHAEL S. KASANOFF IN SUPPORT OF EPADI II'S MOTION TO INTERVENE PURSUANT TO FED. R. CIV. P. 24** |
| Defendants, | |

I, Michael S. Kasanoff, hereby declares as follows:

1. I am counsel for Intervenor EPA Drug Initiative II ("EPADI II")("Intervenor") in this litigation. I am admitted to the bar of New Jersey, and my admission *pro hac vice* to represent EPADI II is pending, as I have filed Petition pursuant to LR IA 11-2. I make this Declaration in support of EPADI II's Motion pursuant to Rule 24 of the Federal Rules of Civil Procedure, to intervene in this matter for the narrow purpose of filing and adjudicating its companion Motion pursuant to Rule 60 of the Federal Rules of Civil Procedure, seeking to vacate the Judgment entered on March 30, 2020 ("the Judgment").

2. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

3. Attached hereto as **Exhibit A** is a true copy of an email from Avi Silberberg, Esq. to Amarin's CEO, John Thero, requesting that Amarin seek Rule 60 relief, dated November 9, 2020. The Sender and Reciept's email addresses have been redacted.

4. Attached hereto as **Exhibit B** is a true copy of a Yahoo Finance screenshot showing the collapse of Amarin's stock price in the immediate aftermath of the Judgment, dated March 31, 2020.

5. Attached hereto as **Exhibit C** are true excerpts from the Amicus Brief filed by the Aimed Alliance in support of Amarin's Petition for Certiorari to the United States Supreme Court, dated March 4, 2021.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 19, 2021         /s/    *Michael S. Kasanoff*
                              Michael S. Kasanoff, Esq. (*pro hac vice* pending
                              - attorney has complied with LR IA 11-2)