1    Jakub Medrala, Esq. (Nev. Bar No. 12822)
      **THE MEDRALA LAW FIRM, PLLC**
2    1091 South Cimarron Road - Suite A-1
      Las Vegas, NV 89145
3    Tel: (702) 475-8884
      Fax: (702) 938-8625
4    E-mail: jmedrala@medralalaw.com

5    Michael S. Kasanoff, Esq. (*pro hac vice* pending - attorney has complied with LR IA 11-2)
      **MICHAEL S. KASANOFF, LLC**
6    9 Stillwell Street
      Matawan, NJ 07747
7    Tel: (908) 902-5900
      Fax: (732) 741-7528
8    E-mail: mkasanoff@att.net

9    *Attorneys for Intervenor EPA Drug Initiative II ("EPADI II")*

10

11            **UNITED STATES DISTRICT COURT**
                  **DISTRICT OF NEVADA**

12

13    AMARIN PHARMA, INC., *et. al.*,     :     Case No.: 2:16-cv-02525-MMD-NJK

           Plaintiffs,     :
14                         :     (Consolidated with 2:16-cv-02562-MMD-NJK)
15            v.                :

16    HIKMA PHARMACEUTICALS USA,   :
      INC., *et. al.*,                  :     **CERTIFICATE OF SERVICE**

17            Defendants,     :

18    _____ :

19         I hereby certify that on March 19, 2021, all counsel of record were served with EPADI II's

20    Motion to Intervene pursuant to Fed. R. Civ. P. 24 via the Court's CM/ECF system. I declare under

21    penalty of perjury that the foregoing is true and correct.

22

23    Dated: March 19, 2021       /s/    *Michael S. Kasanoff* _____
                               Michael S. Kasanoff, Esq. (*pro hac vice* pending
24                               - attorney has complied with LR IA 11-2)

25

26

27

28