Jakub Medrala, Esq. (Nev. Bar No. 12822)
**THE MEDRALA LAW FIRM, PLLC**
1091 South Cimarron Road - Suite A-1
Las Vegas, NV 89145
Tel: (702) 475-8884
Fax: (702) 938-8625
E-mail: jmedrala@medralalaw.com

Michael S. Kasanoff, Esq. (admitted *pro hac vice*)
**MICHAEL S. KASANOFF, LLC**
9 Stillwell Street
Matawan, NJ 07747
Tel: (908) 902-5900
Fax: (732) 741-7528
E-mail: mkasanoff@att.net

*Attorneys for Intervenor Plaintiff EPA Drug Initiative II ("EPADI II")*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC., *et. al.*, <br><br> Plaintiffs, <br><br> v. <br><br> HIKMA PHARMACEUTICALS USA, INC., *et. al.*, <br><br> Defendants, | Case No.: 2:16-cv-02525-MMD-NJK <br><br> (Consolidated with 2:16-cv-02562-MMD-NJK) <br><br><br> **NOTICE OF APPEAL** |

Notice is hereby given that EPA Drug Initiative II ("EPADI II"), Intervenor Plaintiff in the above-named action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order entered in this action on April 30, 2021 (ECF 412), denying EPADI II's motions to intervene, and to vacate.

1

Dated: May 21, 2021          /s/    *Michael S. Kasanoff*
                                    Michael S. Kasanoff, Esq. (admitted *pro hac vice*)
                                    **MICHAEL S. KASANOFF, LLC**
                                    9 Stillwell Street
                                    Matawan, NJ 07747
                                    Tel: (908) 902-5900
                                    Fax: (732) 741-7528
                                    E-mail: mkasanoff@att.net

                                    Jakub Medrala, Esq. (Nev. Bar No. 12822)
                                    **THE MEDRALA LAW FIRM, PLLC**
                                    1091 South Cimarron Road - Suite A-1
                                    Las Vegas, NV 89145
                                    Tel: (702) 475-8884
                                    Fax: (702) 938-8625
                                    E-mail: jmedrala@medralalaw.com

                                    *Attorneys for Intervenor Plaintiff*
                                    *EPA Drug Initiative II ("EPADI II")*

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2021, all counsel of record were served with EPADI II's Notice of Appeal via the Court's CM/ECF system. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 21, 2021          /s/    *Michael S. Kasanoff*
                                    Michael S. Kasanoff, Esq. (admitted *pro hac vice*)