Adam Hosmer-Henner, Esq. (NSBN 12779)
Chelsea Latino, Esq. (NSBN 14227)
**McDONALD CARANO LLP**
100 W. Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
ahosmerhenner@mcdonaldcarano.com
clatino@mcdonaldcarano.com

Timothy C. Hester (admitted *pro hac vice*)
Ashley E. Bass (admitted *pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, D.C. 20001
Telephone: (202) 662-6000
thester@cov.com
abass@cov.com

*Attorneys for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMARIN PHARMA, INC. and AMARIN PHARMACEUTICALS IRELAND LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendant. | Case No. 2:16-cv-02525-MMD-NJK<br><br>**PLAINTIFFS' MOTION TO UNSEAL AND SUBSTITUTE EXHIBIT D TO PLAINTIFFS' MOTION TO ENFORCE THE SETTLEMENT AGREEMENT AND ENJOIN DEFENDANT TEVA PHARMACEUTICALS USA, INC. [ECF No. 423-4]** |

Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited ("Plaintiffs"), by and through their counsel of record, hereby request that this Court unseal and substitute Exhibit D to Plaintiffs' Motion to Enforce the Settlement Agreement and Enjoin Defendant Teva Pharmaceuticals USA, Inc. (ECF No. 423-4).

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiffs make this request pursuant to this Court's Order dated December 3, 2024, wherein this Court required Plaintiffs to "move to unseal the documents currently sealed on the docket of the District of New Jersey (ECF Nos. 423-4, 436-1) if that court unseals them." ECF No. 438 at 4:16-18. The transcript of a telephone conference from the New Jersey action, which Plaintiffs filed as Exhibit D to Plaintiffs' Motion to Enforce the Settlement Agreement and Enjoin Defendant Teva (ECF No. 423-4), has been unsealed in the New Jersey action. *See Teva Pharms. USA, Inc. v. Amarin Pharma, Inc.*, No. 24-4341, ECF No. 21. Plaintiffs therefore request that this Court unseal ECF No. 423-4 consistent with this Court's Order and substitute the unsealed version of the transcript of the telephone conference, attached as Exhibit A to this Motion.

Dated: December 20, 2024.

                                                  McDONALD CARANO LLP

                                                  */s/Adam Hosmer-Henner*
                                                  Adam Hosmer-Henner (12779)
                                                  Chelsea Latino (NSBN 14227)
                                                  100 W. Liberty St. 10th Floor
                                                  Reno, NV 89501

                                                  Timothy C. Hester (admitted *pro hac vice*)
                                                  Ashley E. Bass (admitted *pro hac vice*)
                                                  COVINGTON & BURLING LLP
                                                  One CityCenter
                                                  850 Tenth Street NW
                                                  Washington, D.C. 20001

                                                  *Attorneys for Plaintiffs Amarin Pharma, Inc. and Amarin Pharmaceuticals Ireland Limited*

## INDEX OF EXHIBITS

| Exhibit No. | Description | Pages |
|---|---|---|
| A | Transcript of Teleconference held on 5/2/2024, *Teva Pharms., USA Inc. v. Amarin Pharma Inc.*, No. 24-4341 (RK)(TJB), ECF No. 21 (previously attached as ECF No. 423-4 in sealed form) | 13 |